UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APYX MEDICAL CORPORATION f/k/a/ BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,<br><br>Defendants. | Case No.  8:19-cv-00919-SCB-AEP<br><br><br>**DECLARATION OF LEO W. DESMOND IN SUPPORT OF MOTION OF GREGORY P. MOUTON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

I, Leo W. Desmond, hereby declare as follows:

1.      I am an attorney with Desmond Law Firm, P.C. ("Desmond"), counsel on behalf of Gregory P. Mouton ("Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff for the Class, and approval of his selection of Glancy Prongay & Murray LLP ("GPM") as Lead Counsel and Desmond Law Firm, P.C. ("Desmond") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published April 17, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein:  *Pritchard v. Apyx Medical Corporation, et al.*, Case No. 8:19-cv-00919-SCB-AEP;

Exhibit B:    PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Apyx Medical Corporation's securities;

Exhibit D:    Firm resume of GPM; and

Exhibit E:    Firm resume of Desmond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 17, 2019, at Vero Beach, Florida.

*/s/ Leo W. Desmond*
Leo W. Desmond

1