# EXHIBIT C

## Loss Chart

**Company Name:**   Apyx Medical Corporation
**Ticker:**   APYX
**Class Period:**   August 1, 2018 to April 1, 2019
**Name:**   Gregory P. Mouton

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/15/2019 | 2,750 | $8.0500 | -$22,137.5000 | | $0.0000 | -$22,137.50 |
| 3/15/2019 | 250 | $8.0500 | -$2,012.5000 | | $0.0000 | -$2,012.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **3,000** | | | | **Subtotal:** | **-$24,150.00** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $15,690.87 |
| | | | $5.2303 | 3,000 | **Account 1 Loss:** | **-$8,459.13** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/15/2019 | 10,000 | $8.0000 | -$80,000.0000 | | $0.0000 | -$80,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **10,000** | | | | **Subtotal:** | **-$80,000.00** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $52,302.88 |
| | | | $5.2303 | 10,000 | **Account 2 Loss:** | **-$27,697.12** |

*Using the average closing price between April 2, 2019 and June 14, 2019.

| **Total Loss:** | **-$36,156.25** |
|---|---|