## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

KYLE PRITCHARD, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff

v.

APYX MEDICAL CORPORATION f/k/a/
BOVIE MEDICAL CORPORATION, and
CHARLES D. GOODWIN,

        Defendants.

Case No. 8:19-cv-00919-SCB

## DECLARATION OF CULLIN O'BRIEN IN SUPPORT OF MOTION OF MICHAEL T. DOLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL

I, Cullin O'Brien, declare that:

1.  I am a principal in the law firm Cullin O'Brien Law, P.A., proposed liaison counsel for movant Michael T. Dolan ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Counsel in the above-captioned action.

2.  Attached hereto as Exhibit A is a true and correct copy of the certification signed by Movant.

3.  Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing Movant's losses.

4.  Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on April 17, 2019.

5.  Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi &

Korsinsky LLP.

6.   Attached hereto as Exhibit E is a true and correct copy of the resume of Cullin O'Brien.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: June 17, 2019

/s/ Cullin O' Brien
Cullin O'Brien

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 17, 2019, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF.

_/s Cullin O'Brien_
Cullin O'Brien