# EXHIBIT B

| | |
|---|---|
| **Client Name** | Michael T. Dolan |
| **Company Name** | Apyx Medical Corporation |
| **Ticker Symbol** | APYX |
| **Security Type** | |
| **Class Period Start** | 08-01-2018 |
| **Class Period End** | 04-01-2019 |
| **90-DAY Lookback Period Start** | 04-02-2019 |
| **90-DAY Lookback Period End** | 06-17-2019 |
| **90-DAY Lookback Average** | $ 05.26 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $7,712.74 |
| *DURA LIFO* Total* | $ 7,712.74 |
| Gross Shares Purchased | 5,000.00 |
| Net Shares Retained | 5,000.00 |
| Net Funds Expended | $ 34,000.00 |

**Michael T Dolan**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | DURA LIFO* |
| 02-22-2019 | 5000 | 6.80 | $ 34,000.00 | | | | | | - | 5000 | 5000 | $ 05.26 | $ 26,287.26 | $ 7,712.74 | $ 7,712.74 |
| **Total:** | **5,000.00** | | **$ 34,000.00** | | | | | | | **5,000.00** | **5,000.00** | | **$ 26,287.26** | **$ 7,712.74** | **$ 7,712.74** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.