# EXHIBIT C





# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Apyx Medical Corporation Investors (APYX)

April 17, 2019 06:39 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Middle District of Florida, captioned *Pritchard v. Apyx Medical Corporation et al.*, (Case No. 8:19-cv-00919), on behalf of persons and entities that purchased or otherwise acquired Apyx Medical Corporation (NASDAQ: APYX) ("Apyx" or the "Company") securities between **August 1, 2018, and April 1, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On February 21, 2019, White Diamond Research released a report alleging that a clinical study on the use of the Company's J-Plasma for dermal resurfacing may have missed its endpoints.

On this news, shares of Apyx fell $2.10 per share, or nearly 25%, to close at $6.40 on February 21, 2019, thereby injuring investors.

Then, on April 1, 2019, Apyx announced that it had withdrawn its 510(k) application for the use of J-Plasma for dermal resurfacing, citing concerns raised by the FDA. Apyx revealed that the FDA had questioned the device's clinical results, which differed greatly from two of the investigational centers used in the study, as well as the potential impact certain protocol deviations. Moreover, Apyx disclosed that the clinical study did not meet its primary efficacy endpoint.

On this news, shares of Apyx fell $2.49 per share, or over 35%, to close at $4.46 on April 2, 2019, thereby injuring investors further.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the clinical study on the use of J-Plasma for dermal resurfacing had not met its primary efficacy endpoint; (2) that, as a result, the clinical study did not support the Company's application for regulatory clearance; (3) that, as a result, the Company was unlikely to receive regulatory approval of J-Plasma for dermal resurfacing; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially false and/or misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Apyx securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
Glancy Prongay and Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

#Hashtags

#INVESTORS    #FRAUD    #CLASSACTION

$Cashtags

$APYX