# EXHIBIT E

**CULLIN AVRAM O'BRIEN**
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
(561) 676 – 6370 (t) /561 320 – 0285 (fax); email: cullin@cullinobrienlaw.com

| | |
|---|---|
| **EDUCATION:** | **Harvard Law School**, Cambridge, MA<br>J.D., 2002<br><br>**Tufts University**, Medford, MA<br>B.A. *cum laude* in philosophy, 1999<br>*Tufts in Chile*, coursework in philosophy at the University of Chile in Santiago, Chile during the fall of 1997 |
| **ADMISSIONS:** | **Florida Bar** 10/2002, (Bar number 0597341)<br>**Ohio Bar** 12/2015 (Bar number 94055)<br>• Admitted to practice in the Northern District of Ohio, and the Southern, Middle, and Northern Federal District Courts of Florida<br>• Admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the 11th Circuit, 9th Circuit, 8th Circuit, 6th Circuit and the 3rd Circuit |
| **EXEMPLARY:<br>CASES:** | *Cambridge Retirement System v. Mednax, Inc., et al.*, No.: 18-61572 (S.D. Fla. Dec. 21, 2018)<br>• Court-Appointed Liaison Counsel in Securities Fraud Class Action<br><br>*Mollicone v. Universal Handicraft, et al.*, No.: 17-21468 (S.D. Fla. Aug. 14, 2018)<br>• Class Counsel in Settlement of Skin Care Products Class Action<br><br>*Stevenson et al v. P.T.G. Entertainment, Inc., et al.*, No.: 15-cv-61792 (S.D. Fla. Oct. 27, 2016)<br>• Class Counsel in $1 Million Class Settlement for Workers at Entertainment Club<br><br>*State v. Montgomery*, No. 15-010918CF10A (Broward Cnty. FL, Cir. Ct., Oct. 2016)<br>• Sole defense counsel and achieved dismissal after "Stand Your Ground" self-defense evidentiary hearing<br><br>*State v. London*, No. 14-16905CF10A (Broward Cnty. FL, Cir. Ct., Apr. 2016)<br>• Sole defense counsel in week-long jury trial *re* punishable-by-life felony charge<br><br>*Johnson v. General Mills, Inc.*, No.: SACV 10-00061-CJC(ANx), 2013 U.S. Dist. LEXIS 90338, at *1 (C.D. Cal. June 17, 2013)<br>• $8.5 Million Class Settlement Regarding False Advertising of Yogurt Products<br>• "Mr. O'Brien [is] experienced in consumer class action litigation and he is well-equipped to evaluate the settlement." *Id*. at *1.<br><br>*In re American Greetings Corp. Shareholder Litigation*, Lead Case No. CV 12 792421 (Ohio Ct. Common Pleas Cuyahoga, Cnty., 2013)<br>• $23 Million Shareholder Settlement |

1

*Fitzpatrick v. General Mills*, 635 F.3d 1279 (11th Cir. 2011)
- Briefed
- Approving Class Certification of False Advertising Case

*Velazquez v. City of Hialeah*, 484 F.3d 1340 (11th Cir. Fla. 2007)
- Briefed and argued
- Reversing District Court Summary Judgment Order in Police Officer Excessive Force Case

*Haney v. Miami-Dade County*, Nos. 04–20516 *et al*, (S.D. Fla. 2005)
- $6.25 Million Settlement Regarding Body-Search Practices in Jail

**AFFILIATIONS:**

**Cullin O'Brien Law, P.A.**, Ft. Lauderdale, FL
*12/2014 - Present*
Trial and appellate litigator in civil litigation, criminal defense and class actions.

**Robbins Geller Rudman & Dowd LLP**, Boca Raton, FL
*Partner from 1/2012 – 12/2014, Associate from 5/2008 – 12/2011*
Trial and appellate litigation attorney in direct and derivative shareholder class actions, consumer class actions, and securities fraud class actions.

**Office of the Public Defender for the 17th Judicial Circuit of Florida**
*Assistant Public Defender*, 7/2006 - 5/2008
Felony trial and appellate attorney.  Handle all aspects of jury trial litigation on behalf of hundreds of criminal defendants.

**Florida Legal Services, Inc.**, Miami, FL
*Staff Attorney*, 3/2006 - 7/2006
*Pro bono* litigator on behalf of indigent persons.

**Florida Justice Institute, Inc./Volunteer Lawyers Project for the Southern District Court of Florida**, Miami, FL
*Staff Attorney*, 3/2004 - 3/2006
*Pro bono* litigator in housing discrimination, prisoner rights, and other civil rights cases.

**Shook, Hardy & Bacon LLP**, Miami, FL
*Associate*, 9/2002 - 2/2004
Member of the Tobacco Division, exclusively with Philip Morris and Lorillard Tobacco.

**PERSONAL:**      Fluent in Spanish

2