**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>APYX MEDICAL CORPORATION f/k/a/ BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,<br><br>Defendants. | Case No. 8:19-cv-00919-SCB |

**[PROPOSED] ORDER FOR APPROVING MICHAEL T. DOLAN AS LEAD**
**PLAINTIFF AND APPROVING HIS SELECTION OF COUNSEL**

Having considered the papers filed in support of the Motion of class member Michael T. Dolan ("Movant") for Appointment as Lead Plaintiff and Approval of His Selection of Counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby enters the following Order:

## I.    APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

1.    Movant has moved this Court to be appointed as Lead Plaintiff in the above-captioned action (the "Action") and to approve the counsel he retained to be Lead Counsel and Liaison Counsel.

2.    Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Movant is the most adequate plaintiff and satisfies the requirements of the PSLRA.  The Court hereby appoints Movant as Lead Plaintiff to represent the interests of the class.

3. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movant has selected and retained the law firm Levi & Korsinsky LLP to serve as Lead Counsel and Cullin O'Brien Law, P.A. to serve as Liaison Counsel. The Court approves Movant's selection of Lead Counsel and Liaison Counsel.

4. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

a. to coordinate the briefing and argument of any and all motions;

b. to coordinate the conduct of any and all discovery proceedings;

c. to coordinate the examination of any and all witnesses in depositions;

d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e. to call meetings of the plaintiff's counsel as they deem necessary and appropriate from time to time;

f. to coordinate all settlement negotiations with counsel for defendants;

g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h. to coordinate the preparation and filings of all pleadings; and

i. to supervise all other matters concerning the prosecution or resolution of the Action.

5. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or

discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of the Lead Counsel.

6.       Service upon any plaintiff of all pleadings in the Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel.

7.       Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.  Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.


IT IS SO ORDERED

DATED:

                        _____
                        HONORABLE SUSAN C. BUCKLEW
                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 17, 2019, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF.


                                                     */s Cullin O'Brien*
                                                     Cullin O'Brien