# Exhibit 4

# UNITED STATES
# SECURITIES AND EXCHANGE
# COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported)
**May 14, 2018**



# BOVIE MEDICAL CORPORATION

**(Exact name of registrant as specified in its charter)**

| Delaware | 0-12183 | 11-2644611 |
|---|---|---|
| (State or other jurisdiction of | (Commission File Number) | (I.R.S. Employer |

incorporation or organization)                                                Identification No.)

**5115 Ulmerton Road, Clearwater, FL 33760**
(Address of principal executive offices, zip code)
**(727) 384-2323**
(Issuer's telephone number)

_____

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 - Results of Operations and Financial Condition**

On May 14, 2018, Bovie Medical Corporation (the "Company") issued a press release reporting on its results of operations for the first fiscal quarter ended March 31, 2018. A copy of that press release is attached hereto as Exhibit 99.1 and incorporated by reference herein. Such information, including the Exhibit 99.1 attached hereto, shall not be

deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01 - Financial Statements and Exhibits**

(d)

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release dated May 14, 2018 |

2

---

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: May 14, 2018

By:  */s/ Charles D. Goodwin II*
Charles D. Goodwin II
Chief Executive Officer

3



EXHIBIT 99.1

## Bovie Medical Corporation Reports First Quarter 2018 Financial Results; Reaffirms Fiscal Year 2018 Financial Outlook

### *Advanced Energy Sales of $2.6 million in Q1, up 333% year-over-year*

CLEARWATER, FL — MAY 14, 2018 - Bovie Medical Corporation (NYSEMKT:BVX) (the "Company"), a maker of medical devices and supplies and the developer of J-Plasma®, a patented surgical product marketed and sold under the Renuvion™ Cosmetic Technology brand in the cosmetic surgery market, today reported financial results for its first quarter ended March 31, 2018.

**FirstQuarter2018Financial Summary:**

- Total Q1 revenue of approximately $9.9 million, up 18% year-over-year.

    ◦ Advanced Energy revenue of $2.6 million, up 333% year-over-year, driven by strong J-Plasma/Renuvion sales.

    ◦ Core & OEM revenue of approximately $7.3 million, down 6.4% year-over-year.

- Total Q1 adjusted EBITDA loss of approximately $0.3 million versus adjusted EBITDA loss of approximately $1.4 million for the first quarter of 2017.

**FirstQuarter2018Operating Highlights:**

- On January 23rd, the Company announced that it had enrolled the first patient in a U.S. Investigational Device Exemption (IDE) clinical study of its J-Plasma technology for use in dermal skin resurfacing. The objective of the study is to demonstrate the safety and efficacy of J-Plasma technology for use in dermal skin resurfacing.

- On March 6th, the Company announced the appointment of Dr. Topaz J. Kirlew as Director of Regulatory Affairs.

- On March 12th, the Company announced the appointment of Craig A. Swandal to the Company's Board of Directors, effective March 9, 2018.

- On March 27th, the Company announced the appointment of Scott R. Sanders as Director of Clinical Education and Market Development.

- On March 29th, the Company announced the launch of a new brand dedicated to the cosmetic surgery market. Bovie Medical's J-Plasma technology is now marketed and sold under the brand name Renuvion Cosmetic Technology, which was developed as part of the Company's commitment to enhancing its ability to commercialize its J-Plasma technology in the cosmetic surgery market.

**Operating Highlights Subsequent to Quarter-End:**

- On May 1st, the Company announced the appointment of Diane I. Duncan, M.D., FACS, a Board-certified plastic surgeon, to the Company's Medical Advisory Board.

- On May 14th, the Company announced the completion of enrollment in the U.S. Investigational Device Exemption (IDE) clinical study of its J-Plasma technology for use in dermal skin resurfacing.



**Management Comments:**

"In the first quarter, we achieved 18% year-over-year sales growth, which was fueled by strong sales in our Advanced Energy business," said Charlie Goodwin, Chief Executive Officer. "Our Advanced Energy sales performance represents an exciting start to the year, and reflects strong global demand for our J-Plasma/Renuvion technology. In the U.S., we continued to see strong adoption of our Renuvion Cosmetic Technology in the cosmetic surgery market, where our sales organization is focused on marketing and selling to plastic surgeons, cosmetic surgeons and dermatologists."

Mr. Goodwin continued: "Encouraged by our recent commercial traction in the cosmetic surgery market, we remain focused in 2018 on increasing the awareness and adoption of our Renuvion technology, while establishing the requisite support to facilitate its broader adoption in the cosmetic surgery market in future years. We are reaffirming our fiscal year financial guidance, and look forward to delivering strong operating and financial performance throughout 2018 for the benefit of our customers and shareholders."