# Exhibit 5



14-May-2018

# Bovie Medical Corp. (BVX)

Q1 2018 Earnings Call

**Bovie Medical Corp.** *(BVX)*
Q1 2018 Earnings Call

Corrected Transcript
14-May-2018

# CORPORATE PARTICIPANTS

**Charles D. Goodwin**
*Chief Executive Officer & Director, Bovie Medical Corp.*

**Jay D. Ewers**
*Chief Financial Officer, Secretary & Treasurer, Bovie Medical Corp.*

# OTHER PARTICIPANTS

**Matt O'Brien**
*Analyst, Piper Jaffray & Co.*

**Matthew G. Hewitt**
*Analyst, Craig-Hallum Capital Group LLC*

**David L. Turkaly**
*Analyst, JMP Securities LLC*

**Russell George Cleveland**
*Founder, President & Chief Executive Officer, RENN Capital Group, Inc.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good afternoon, ladies and gentlemen, and welcome to the First Quarter of Fiscal Year 2018 Earnings Conference Call for Bovie Medical Corporation. At this time, all participants have been placed in a listen-only mode. At the end of the company's prepared remarks, we will conduct a question-and-answer session. Please note that this conference call is being recorded, and that the recording will be available on the company's website for replay shortly.

Before we begin, I would like to remind everyone that our remarks and responses to your questions today may contain forward-looking statements that are based on the current expectations of management and involve inherent risks and uncertainties that could cause actual results to differ materially from those indicated, including those identified in the Risk Factors section of our most recent annual report on Form 10-K filed with the Securities and Exchange Commission, as well as our most recent 10-Q filing. Such factors may be updated from time-to-time in our filings with the SEC, which are available on our website. We undertake no obligation to publicly update or revise our forward-looking statements as a result of the new information, future events or otherwise.

This call will also include references to certain financial measures that are not calculated in accordance with Generally Accepted Accounting Principles or GAAP. We generally refer to these as non-GAAP financial measures. Reconciliations of these non-GAAP financial measures to the most comparable measures calculated and presented in accordance with GAAP are available in the earnings press release on the Investor Relations portion of our website.

I would now like to turn the call over to Mr. Charlie Goodwin, Bovie Medical's Chief Executive Officer. Please go ahead, sir.

Copyright © 2001-2018 FactSet CallStreet, LLC

# Bovie Medical Corp. *(BVX)*
Q1 2018 Earnings Call

 Corrected Transcript
14-May-2018

## Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

Thanks, Jesse. Welcome, everyone, to our first quarter 2018 earnings call. I am joined on this afternoon's call by our Chief Financial Officer, Jay Ewers. Let me provide you with a quick agenda for today's call. I'll begin with a high level overview of our sales performance during the first quarter while sharing some additional commentary on the primary factors that contributed to our growth during the period. I'll then discuss the operating progress that we have made so far this year with respect to our longer term growth strategy. Jay will then provide you with detailed review of our Q1 financial results and an overview of financial guidance for fiscal year 2018, which we reaffirmed in our earnings press release this afternoon. After Jay's discussion, I'll share some additional closing remarks before we open the call to questions.

Let's get started with a review of our first quarter sales performance. Our first quarter performance represented an exciting start to 2018. We achieved total revenue of $9.9 million for the first quarter, which represented 18% growth year-over-year. Our total revenue growth in the first quarter was driven by strong sales performance in our Advanced Energy business segment, which increased $2 million or 333% year-over-year.

The strong growth that we saw in our Advanced Energy business more than offset softer performance in our other two business segments; Core and OEM, which together decreased by $495,000 or 6.4% year-over-year. By geography, our total revenue was driven by strong sales in both the U.S. and international markets during the first quarter.

In the U.S., sales increased approximately $1 million or 14% year-over-year, and in international markets, sales increased roughly $0.5 million or 39% year-over-year. Our U.S. growth was driven by our Advanced Energy business, where we saw strong sales of our Renuvion Cosmetic Technology in the cosmetic surgery market. Our international sales growth was primarily driven by demand from our Advanced Energy international distributors.

As a reminder, our J-Plasma products are now being marketed and sold in the cosmetic surgery market under our newly created Renuvion Cosmetic Technology brand. I will discuss the Renuvion Cosmetic Technology brand in greater detail later in my prepared remarks.

As I outlined on our fourth quarter earnings call, we expect our revenue performance in 2018 to be driven by strong sales growth in our Advanced Energy segment, where we are focused on leveraging our internal resources to drive adoption of our Renuvion technology within the U.S. cosmetic surgery market, while continuing to utilize and expand our network of international distributors. During the first quarter, we are pleased that the sales performance we achieved in our Advanced Energy business was consistent with these expectations, signaling our continued commercial progress in the U.S. cosmetic surgery market along with strong international demand for our technology.

I'll now turn to review of our longer-term growth strategy that we are pursuing. As a reminder, despite the traction we have seen in the U.S. since we began our focus of our Advanced Energy commercial efforts on the cosmetic surgery market, we continue to believe that we will remain in the early stages of the adoption curve for our Renuvion technology. We expect our growth this year will continue to stem from our ability to raise awareness of the benefits for our Renuvion technology among the markets early adopters. Those physicians who fully appreciate the potential of this technology and are willing to pursue Renuvion in advance of substantial clinical validation.

Copyright © 2001-2018 FactSet CallStreet, LLC

# Bovie Medical Corp. *(BVX)*
Q1 2018 Earnings Call

 Corrected Transcript
14-May-2018

With this in mind, in addition to leveraging our internal resources to drive growth in 2018, we are also focused on creating a foundation of support for our Renuvion technology to move beyond this early adopter phase and encourage its broader adoption in the cosmetic surgery market over a multi-year period.

Specifically, our organization is focused on the following four initiatives in 2018, as it relates to this longer term strategy. Number one, securing new clinical evidence that demonstrates the safety and efficacy of our Renuvion technology when applied to our target procedures in the cosmetic surgery market. Number two, formulizing our regulatory strategy to pursue specific clinical indications, enabling us to fully market and sell Renuvion for our target procedures. Number three, enhancing our physician and practice support for our cosmetic surgery customers, and lastly, improving our manufacturing capabilities and efficiencies. We believe that by pursuing these four initiatives, we will position Bovie Medical for a sustainable long term growth in the cosmetic surgery market.

Importantly, we have already begun to make some exciting initial progress in 2018 with respect to these initiatives, which I will now discuss in detail. Beginning with our first initiative, expanding clinical support for our Renuvion Cosmetic Technology, we are focused on pursuing our IDE clinical study, evaluating the use of Renuvion and dermal resurfacing procedures, which represents a new target procedure for Bovie Medical and Cosmetic Surgery.

Recall, this is a multi-center single arm evaluator-blind prospective study designed to evaluate the safety and efficacy of Renuvion for the reduction of facial wrinkles and rhytides.

On January 23rd, we announced that our first study subject had been enrolled by Dr. J. David Holcomb of the Institute of Integrated Aesthetics in Sarasota, Florida. Over the remaining months of the first quarter, we made steady progress in enrolling subjects to the studies three clinical sites with the expectation of enrolling all 55 patients required for the study in the first half of 2018. We are pleased to announce in a separate press release this afternoon that we enrolled the last patient in our dermal resurfacing study. This study represents an exciting first step in our efforts to establish strong clinical support, demonstrating the positive outcomes that can be achieved by using Renuvion technology.

In addition to this exciting progress, we have also recently announced the addition of two important members of the Bovie Medical team, Scott Sanders and Dr. Diane Duncan, who help us build our portfolio of clinical support for Renuvion strategically and efficiently. On March 27th, we announced the appointment of Mr. Sanders as Director of Clinical Education and Market Development for Bovie Medical. He joins our team with 37 years of clinical and sales and marketing experience in the healthcare industry, the majority of which has been dedicated to working with energy-based surgical devices. Scott will be an important contributor to our clinical activities in the field, while also providing support and training for our sales force and physician customers.

On May 1st, we announced the appointment of Dr. Diane Duncan to our Medical Advisory Board, a board certified plastic surgeon with over 30 years of experience in private practice. With the addition of Dr. Duncan along with Dr. Jack Zamora, who we appointed late last year, we have expanded our Medical Advisory Board to include experts in the field of cosmetic surgery, whose advice will inform our clinical and commercial strategy. This brings me to the second strategic initiative, formalizing our regulatory strategy.

On March 26, we add Dr. Topaz Kirlew to our leadership team as Director of Regulatory Affairs, a newly created position for Bovie Medical. Under her direction, we are focused on developing an effective regulatory strategy to secure specific clinical indications for our target procedures in the cosmetic surgery market.

# Bovie Medical Corp. *(BVX)*
Q1 2018 Earnings Call

**C** Corrected Transcript
14-May-2018

---

### Matthew G. Hewitt
*Analyst, Craig-Hallum Capital Group LLC*

**Q**

Okay, great. And then, secondly, last quarter, you were still looking to finalize a new regulatory strategy. Have you completed that process? What indications are you may be going after with Renuvion, any color along those lines?

---

### Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

**A**

Yeah. Obviously, it was key for us to get the IDE study finished and we were very fortunate today to get to announce that our – we got our last of our 55 patients. And obviously, with bringing Dr. Kirlew in here and also with Dr. Diane Duncan and Scott Sanders that we will be working on other things within the cosmetic surgery space, but we have not given or announced any guidance for that. It remains a key strategic focus area for us and it has focus of everybody in the building.

---

### Matthew G. Hewitt
*Analyst, Craig-Hallum Capital Group LLC*

**Q**

Okay. And maybe one last one for me and you touched on this a little bit in your prepared remarks. It sounds like you had done some pre-launch activities from a rebranding standpoint with the Renuvion change, what has been the feedback pulled switch and I realized it's early days, but any initial feedback that you know that you've gotten from me there, from some of the physicians that were already using the device or others that maybe have been looking that are kind of waking up to the story again? Any color there would be helpful. Thank you.

---

### Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

**A**

Yeah. No problem. As you mentioned, it is in the very early days. I think we announced it on March 29th, so it's incredibly early days, but we're very, very pleased by the reaction from our customers. We're very pleased how Renuvion is trending on some of the social media sites and we couldn't be happier with the progress that we are having right now with the change in the brand to Renuvion.

---

### Matthew G. Hewitt
*Analyst, Craig-Hallum Capital Group LLC*

**Q**

Great. Thank you.

---

### Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

**A**

Thank you.

---

**Operator**: Your next question comes from David Dave Turkaly with JMP Securities. Your line is open.

---

### David L. Turkaly
*Analyst, JMP Securities LLC*

**Q**

Thanks. Just on a study front, could you just remind us a couple of quick things sort of what's the follow-up time on that or do you plan to share those results when they compiled and then I guess sort of your best guess as to when a 510k clearance should come?

---

## Bovie Medical Corp. *(BVX)*
Q1 2018 Earnings Call

**Corrected Transcript**
14-May-2018

---

### Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

A

Well, I can't necessarily speak to you about a 510k clearance, because I'm not the FDA, but what I can help you with is that our focus now shifts from – to be in preparing for that submission. And really what the timeline for that is our last patient was enrolled in the study today. There is a 90 day follow-up for that, and then, we will need at least a couple of months to analyze the data and prepare that submission. And so, we're estimating to prepare and to have that to be able to submit to the FDA in November of this year, in November of 2018.

---

### David L. Turkaly
*Analyst, JMP Securities LLC*

Q

Thank you for that. And I guess, maybe a long line to some of Matt's questions, you're selling to plastic cosmetic surgeons and dermatologists, I guess any color as to where the product is resonating the most, strong today and any difference in sort of how those different customer bases react to the new we're Renuvion?

---

### Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

A

Well, I think among the three different groups, it's really for the same procedure and the primary procedure target is liposuction and where J-Plasma is used as a sub-dermal coagulator. And just as a reminder for that, there's about 400,000 of those procedures in the U.S. per year with about 50% of those being done by plastic surgeons. And so, the response is still very, very good. The customers -- our physician customers are very static with the results that they're seeing because their patients are very happy with the results they are seeing. And so, we were being very positive and very excited about the future of this technology in this space.

---

### David L. Turkaly
*Analyst, JMP Securities LLC*

Q

Okay, last one for me, I mean, I guess I could say congrats on all the hires, the new KOLs, the new board members. It seems sort of like a new Bovie, I guess for you Charlie is, is your team assembled now? It sure seems like you've got a lot of new folks that could help you continue getting Renuvion out there.

---

### Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

A

Yes. Thank you. No, I am very happy with the team that I have. I'm very happy with the additions that we have. And just like any team if I have the ability to find a great athlete, we will try to find a place on the team if they can help us out with our strategic initiatives. And so, I couldn't be happier with the way things are going and the way things are shaping up and I couldn't be more excited about the future of this company.

---

### David L. Turkaly
*Analyst, JMP Securities LLC*

Q

Thanks. Have a great night.

---

### Charles D. Goodwin
*Chief Executive Officer & Director, Bovie Medical Corp.*

A

Thank you.

---