# Exhibit 6

# BOVIE MEDICAL CORPORATION FILES 510(K) SUBMISSION WITH THE FDA FOR A NEW INDICATION TO MARKET AND SELL J-PLASMA/RENUVION FOR USE IN DERMAL RESURFACING PROCEDURES

**CLEARWATER, FL — DECEMBER 21, 2018 – Bovie Medical Corporation (NYSE:BVX)** (the "Company"), a maker of medical devices and supplies and the developer of J-Plasma®, a patented surgical product marketed and sold under the Renuvion® Cosmetic Technology brand in the cosmetic surgery market, today announced a Premarket Notification 510(K) submission to the U.S. Food and Drug Administration (FDA) for a new indication for J-Plasma/Renuvion for use in dermal resurfacing procedures.

"We are pleased to announce this 510(K) submission requesting clearance for a new clinical indication to market and sell our Renuvion Cosmetic Technology for dermal resurfacing procedures, which represents another important step towards our strategic objective to expand Renuvion's clinical indications for use in the cosmetic surgery market," said Charlie Goodwin, Chief Executive Officer. "Our submission is supported by data from our multi-center, single arm, evaluator-blind prospective study evaluating the safety and efficacy of our Renuvion technology for the reduction of facial wrinkles and rhytides, which was conducted at three investigational centers and consisted of 55 patients. We were very pleased with the clinical results of this study and we are optimistic in receiving regulatory clearance for this differentiated technology in 2019."

**About Bovie Medical Corporation:**

Bovie Medical Corporation is a leading maker of medical devices and supplies as well as the developer of J-Plasma® (marketed and sold under the Renuvion™ Cosmetic Technology brand in the cosmetic surgery market), a patented plasma-based surgical product for cutting, coagulation and ablation of soft tissue. J-Plasma technology utilizes a helium ionization process to produce a stable, focused beam of plasma that provides surgeons with greater precision, and minimal invasiveness. The new J-Plasma handpieces with Cool-Coag™ technology deliver the precision of helium plasma energy, the power of traditional monopolar coagulation and the efficiency of plasma beam coagulation – enabling thin-layer ablation and dissection and fast coagulation with a single instrument, minimizing instrument exchange and allowing a surgeon to focus on their patient and their procedures. With Cool-Coag technology, the new J-Plasma handpieces can deliver three distinctly different energy modalities – further increasing the utility and versatility of the system. The Company also leverages its expertise through original equipment manufacturing (OEM) agreements with other medical device manufacturers. For further information about the Company and its products, please refer to the Bovie Medical Corporation website at www.boviemedical.com.

**Cautionary Statement on Forward-Looking Statements:**

Certain matters discussed in this release and oral statements made from time to time by representatives of the Company may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and the Federal securities laws. Although the Company believes that the expectations reflected in such forward-looking statements are based upon reasonable assumptions, it can give no assurance that its expectations will be achieved.

Forward-looking information is subject to certain risks, trends and uncertainties that could cause actual results to differ materially from those projected. Many of these factors are beyond the Company's ability to control or predict. Important factors that may cause actual results to differ materially and that could impact the Company and the statements contained in this release can be found in the Company's filings with the Securities and Exchange Commission including the Company's Report on Form 10-K for the year ended December 31, 2017 and subsequent Form 10-Q filings. For forward-looking statements in this release, the Company claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. The Company assumes no obligation to update or supplement any forward-looking statements whether as a result of new information, future events or otherwise.

**Investor Relations Contact:**

Westwicke Partners on behalf of Bovie Medical Corporation

Mike Piccinino, CFA

443-213-0500

investor.relations@boviemed.com

Search site 🔍

## Recent Posts

APYX MEDICAL CORPORATION TO RELEASE SECOND QUARTER OF FISCAL YEAR 2019 FINANCIAL RESULTS ON AUGUST 7, 2019

*July 2, 2019*

APYX MEDICAL CORPORATION JOINS RUSSELL 3000® AND RUSSELL 2000® INDEXES

*July 1, 2019*

APYX MEDICAL CORPORATION TO PARTICIPATE IN THE JMP SECURITIES LIFE SCIENCES CONFERENCE

*June 4, 2019*

## Popular Posts

Cold Plasma: What Is It and Why Use It?

*September 7, 2015*