# Exhibit 7

# Section 20

# Performance Testing - Clinical

## Performance Testing - Clinical

### A. Overview

A clinical prospective, <u>multi-center, single-arm study</u> evaluated the use the Bovie J-Plasma/Renuvion Dermal system for Dermal Resurfacing, under IDE Number G170151.

- ❖ This study was a multi-center, single arm, evaluator-blind prospective study of 55 study subjects who were seeking a procedure to reduce the appearance of wrinkles and rhytides from <u>3 investigational centers in the United States</u>. Each study subject received one procedure with J-Plasma® (Renuvion Dermal Handpiece) at enrollment. Follow-up were at 10 days after the procedure, and 1, 3, and 6 months after enrollment.

- ❖ Study subjects that met study eligibility criteria and provided informed consent were enrolled in the study. During the study procedure, the investigators used J-Plasma® on applicable facial zones to reduce wrinkles and rhytides.

- ❖ Study enrollment occurred over 5 months. This report is based on 3-months post-procedure results. However, this clinical trial will continue until every enrolled subject completes 6 months follow-up.

- ❖ The study population consisted of males (4) and females (51), 30 years of age or older, requesting a procedure for the purpose of improving facial appearance by reducing facial wrinkles and rhytides.

- ❖ The study objective was to demonstrate the safety and efficacy of the J-Plasma® system for use in dermal skin resurfacing.

During the study procedure, the face of each subject has been treated by the study investigator using J-Plasma® according to the IFU and procedures described in this study

- ❖ The subject's face has been divided into 5 zones: Zone 1 (perioral), Zone 2 (periorbital), Zone 3 (forehead), Zone 4 (nose), and Zone 5 (cheeks). Tumescent (an anesthetic) have been injected under the subject's skin. The volume of Tumescent used in each Zone have been based on the investigator's discretion. Investigators were instructed to use slow, but steady movement of the plasma beam to ablate the tissue in each Zone and to treat all Zones with only a single pass of the plasma beam (e.g., not pass over any treated area more than once).

- ❖ Treatment of Zone 1 (perioral) and Zone 2 (periorbital) was limited to a maximum of 20% power and 4 liters/minute helium flow.  Zones 3, 4, and 5 (forehead, nose, and cheeks, respectively) were allowed to be treated with a maximum of 40% power and 4 liters/minute of helium flow.

Following the study procedure, subjects have been asked to complete VAS pain assessment utilizing the Subject Diary, and date when study subject felt comfortable, willing, and able to go in public following the procedure. This information was to be returned to the study site at 10 days (9-14 days), 1 month (23-37 days), 3 months (80-100 days), and 6 months (166-194 days) for post-procedure assessments.  Photographs

of the area to be treated with the study device were taken using the Canfield Scientific Visia-CR 2.3 system for each subject to document the appearance of their facial wrinkles and rhytides. The same standardized photography views have been used throughout the study at follow up visits.

## B.  Proposed Indications

Intended for use in the non-invasive treatment of facial wrinkles and rhytides in patients with Fitzpatrick Skin Types I-III.

## C.  Updates to Study Protocol

An additional analysis by Independent Photographic Reviewers (IPR), suggested by the FDA during a meeting on October 3, 2018, was added to the protocol (see Attachment 1 for the meeting summary). The protocol was updated, submitted and approved by FDA (G170151/S003 on December 13, 2018 (see Attachment 2 for updated protocol, see Attachment 3 for approval letter).  This analysis utilized IPR assessment of improvement in wrinkle appearance; each subject's baseline and 3-month follow-up images were viewed simultaneously by the IPRs who were blinded to the study subject's visit (baseline pre-treatment vs. 3-month post-treatment). IPRs were tasked to indicate which image from the set of images represented the subject's post-treatment image. A subject was considered a success if at least 2 out of the 3 IPRs correctly identified the post-treatment image.

## D.  Clinical Study Summary & Results

| | |
|---|---|
| **Study Title** | A Prospective, Multicenter, Single-Arm Clinical Study Evaluating the Use of J-Plasma® for Dermal Resurfacing |
| **Study Device** | J-Plasma® system (same technology as the Renuvion Dermal System with coagulation and blade advancement capabilities removed). |
| **Study Population** | The study population consisted of males and females, 30 years of age or older, requesting a procedure for the purpose of improving facial appearance by reducing facial wrinkles and rhytides. Those subjects who meet eligibility criteria and agree to provide written informed consent will be invited to participate. |
| **Study Objective** | The study objective is to demonstrate the safety and efficacy of the J-Plasma® system for use in dermal skin resurfacing. |
| **Study Design** | This is a multi-center, single arm, evaluator-blind prospective study of 55 study subjects who are seeking a procedure to reduce the appearance of wrinkles and rhytides from up to 5 investigational centers in the United States. Each study subject will receive one procedure with J-Plasma® at enrollment. Follow-up will occur immediately following the procedure, at 10 days, 1, 3, and 6 months after enrollment. |
| **Study Endpoints** | **Primary Efficacy Endpoint** is the comparison of the proportion of subjects (i.e. percentage of treatment responders) with a ≥ 1-score improvement on the FWS at the 3-month visit, as compared to baseline as determined by at least 2 out of 3 blinded Independent Photographic Reviewers (IPRs).  The study design assumes a 75% success rate of subjects with treated wrinkles with a ≥ 1-score change on the FWS; therefore, greater than 75% of subjects must be rated with a ≥ 1-score improvement 3 months after treatment and must be statistically significantly greater than 75%. <br><br>**Primary Safety Variable** is the evaluation of adverse events up to the 3-month visit after treatment. <br><br>**Secondary Efficacy Endpoint:** Subjects with a ≥ 1-score improvement on the FWS and at least a self-reported "improved" rating on the modified GAIS at the 3-month visit will be considered to have an aesthetic pleasing outcome. The modified GAIS is a measure of |

|  |  |
|---|---|
|  | aesthetic improvement relative to the baseline, pre-treatment condition.<br><br>**Secondary Safety Variable** is the evaluation of the pain and discomfort after treatment as reported by the subject on a visual analog scale (VAS).<br><br>**Additional Endpoints:**<br>• FWS ≥ 1-score improvement and ≥ 75% agreement with at least an "improved" rating by the subject on the modified GAIS.<br>• Magnitude of improvement measured by the mean change in FWS from baseline to 3 months visit.<br>• Subject satisfaction with procedure recorded at the 3-month visit.<br>• Achievement of re-epithelialization by facial zone and across all facial zones at the 10 day, 1-month and 3-month follow-up visits as reported by the investigator.<br>• Mean duration until study subject feels comfortable going in public after treatment as reported by the study subject.<br>• Daily 10-point Visual Analog Scale (VAS) pain assessment following treatment through the 10-day follow-up visit by diary day with a change from the VAS pain score at baseline.<br>The proportion of subjects (i.e. percentage of treatment responders) with correctly identified 3-month images, in comparison to baseline, as determined by at least 2 out of 3 blinded Independent Photographic Reviewers. |
| **Sample Size Calculation** | Sample size to provide sufficient power for a statistical comparison of the proportion of treatment responders ($P$) versus a reasonable cutoff ($P_0$) was based on a power calculation utilizing the (one proportion) binomial exact test based on the following assumptions.<br>    • $H_0$: $P \leq P_0$ versus $H_a$: $P > P_0$<br>    • Type I error rate: $\alpha = 0.05$ (one-sided)<br>    • Population proportion under the null hypothesis: $P_0 = 0.75$<br>    • Population proportion under the alternative hypothesis: $P = 0.90$<br>    • Total N: 50 study participants<br><br>Based on the above assumptions, the study power is estimated to be approximately 88%. To account for possible missing data (up to 10% attrition), a total of 55 subjects will be enrolled. |
| **Statistical Methods** | Analyses were based on a pre-defined Statistical Analysis Plan (SAP). Data is presented using summary statistics. Categorical data is presented as proportions and counts; continuous data is presented with the mean, median, minimum, maximum, and/or standard deviation. All tables and listings were primarily produced using SAS Version 9.3 (SAS Institute, Cary, NC) or a later version of SAS.<br><br>The primary efficacy endpoint was the comparison of the proportion of subjects (i.e. percentage of treatment responders) with a ≥ 1-score improvement on the FWS at the 3-month visit, as compared to baseline as determined by at least 2 out of 3 blinded Independent Photographic Reviewers.  The study design assumed a 75% success rate of subjects with treated wrinkles with a ≥ 1-score change on the FWS. The percentage of subjects with a ≥ 1-score improvement is summarized as counts and percentages.  This percentage is compared to the cutoff of 75% using a binomial exact test (one-sided). The lower one-sided 95% confidence limit and the comparison to the cutoff rate with the associated p-value is provided.<br><br>An additional analysis of IPR reviewed images, suggested by the FDA on October 3, 2018, and subsequently approved in an IDE Supplement (G170151/S003), was added to the protocol, prior to primary endpoint analysis, and performed, but was not originally included in the SAP. This analysis utilized IPR assessment of improvement in wrinkle appearance; each subject's baseline and 3-month follow-up images were viewed simultaneously by the IPRs who were blinded to the study subject's visit (baseline pre-treatment vs. 3-month |

20-4

|  | post-treatment). IPRs were tasked to indicate which set of images (front, right, and left views) represented the subject's post-treatment images. A subject was considered a success if at least 2 out of the 3 IPRs correctly identified the post- treatment image. |
|---|---|
| **Effectiveness Conclusion** | 1. The primary efficacy endpoint pre-specified as ≥ 1-score improvement on the FWS at the 3-month visit, as compared to baseline as determined by at least 2 out of 3 blinded IPRs (study design assumed a 75% success rate) was not met. The observed proportion of subjects achieving the primary efficacy endpoint was 63.64% (95% one-sided lower CL=51.69%, p=0.9790).<br>    ➢ This assessment approach did not take into account the challenges of observing improvement in wrinkle appearance. In contrast to real-world clinical presentations where a subject's appearance is assessed against themselves, in the study, a total of 165 images sets (right view, front view, and left view; for baseline, 1-month, and 3-month) were presented in an absolute random fashion (e.g., not on per-subject level). This made it impossible for independent reviewers to observe an improvement in wrinkle appearance on a per-subject level.<br>    ➢ The photographic review for the primary efficacy endpoint was conducted by presenting the subjects' images for each time point both randomly and completely independent from images for other time points. More specifically, the baseline and 3-month images for each subject were presented to the IPRs apart from each other and in an absolute random fashion for all 55 subjects.<br>    ➢ This approach to the primary endpoint assessment was chosen, because it represented the most conservative and unbiased method of photographic review. However, this approach also made it difficult for the IPRs to observe improvement in wrinkle appearance on a per-subject level.<br><br>2. An **additional efficacy endpoint pre-specified as** IPR assessment of improvement in wrinkle appearance was performed. The proportion of subjects (i.e. percentage of treatment responders) with correctly identified 3-month images, in comparison to baseline, as determined by at least 2 out of 3 blinded IPRs was 98.18% (95% two-sided CL=90.28%, 99.95%). This additional efficacy endpoint, suggested by the FDA during a teleconference, was subsequently approved in an IDE Supplement (G170151/S003). Each subject's baseline and 3-month follow-up images were viewed simultaneously (on a per-subject level) by the IPRs who were blinded to the study subject's visit. IPRs were tasked to indicate which set of images represented the subject's "post treatment" image. This correct assessment of "post treatment" images (compared to pre-treatment images) on a per-subject basis more closely mimics clinical practice where the trajectory of a subject over time is assessed, rather than an assessment that occurs in a vacuum without reference to an individual patient's face.<br><br>3. The **secondary efficacy endpoint** demonstrated "improvement" in subjects' appearance, reported as a ≥ 1-score improvement on the Investigator-reported FWS and at least an 'improved' rating on the Investigator modified GAIS, in 96.4% (n=53/55) of the treated subjects with a 95% one-sided Lower CL of 88.99%.<br><br>4. The **additional efficacy endpoint** of magnitude of improvement measured by mean change in FWS reported by investigators from baseline to 3-month visit was reported as -2.13 ± 1.02, indicating a 2-point improvement in the FWS score, which is clinically significant based on feedback from experts in the field.<br><br>5. The **additional efficacy endpoint** of FWS ≥ 1-score improvement and ≥75% agreement with at least an "improved" rating by the subject on the modified GAIS was met. Notably, 90.9% (n=50/55) of subjects indicated "improvement" in appearance utilizing the modified GAIS. |

20-5

| | |
|---|---|
| | 6. The **additional endpoint** evaluating re-epithelialization demonstrated that, on average, 96.8 ± 5.7 percent of re-epithelialization was achieved for all treated zones at 10-day follow-up visit by all 55 subjects and 56.4% of subjects (n=31/55) felt comfortable going in public at 10-day follow-up visit. Of these 31 subjects, the average time that subjects felt comfortable going out in public was reported as 8.5 ± 2.5 days following their procedure.<br><br>7. The **additional endpoint** evaluating subject satisfaction with the procedure demonstrated an average VAS satisfaction score of 2.5 ± 3.0 reported at 3 months where 0 is best and 10 is worst. |
| **Safety Conclusion** | 1. The primary safety variable was measured by evaluation of adverse events up to the 3-month visit after treatment. Adverse events reported at each study visit were summarized. A descriptive analysis including type, onset after treatment, duration, severity, and relationship to study device and/or procedure are provided. Adverse event rates (total and categorized by duration) are summarized in this report as counts and percentages.<br>　➢ Serious Adverse Events: There were no serious adverse events reported in J-Plasma study.<br>　➢ Adverse Events: A total of 79 adverse events (AEs) were reported in 39 subjects.<br>　　○ Thirty seven (37) subjects reported one or more AEs within 10 days post-procedure, while 23 subjects experienced one or more AEs between day 10 and the 3-month follow-up visit.<br>　　○ Fifty eight percent (58%) of subjects (n=32) with AEs had their events resolve within 14 days, with 41.8% of subjects (n=23) had their events resolve within 7 days.<br>　　○ Hypersensitivity to the treatment (resulting in erythema, swelling, induration and/or urticaria) were most commonly reported (n=26 subjects, 47.3%). In 53.8% (14/26) of subjects, hypersensitivity to the treatment events were reported to resolve within 7 days.<br>　➢ Relatedness of Adverse Events: A total of 61.8% (34/55) of subjects experienced one or more adverse events classified as "related" to the study device and/or to the study procedure.<br>　　○ Of these, 34.5% (19/55) experienced event(s) related to both the study device and study procedure. There were no adverse events reported that were related to the study device but not to study procedure.<br>　　○ There were two AEs rated as severe (Bronchitis and Folliculitis associated with MRSA (with abscesses noted on top of forehead, left ear, abdomen, and right buttock)). Both of these events were reported as not related to the device and/or procedure.<br><br>2. The **secondary safety variable** of average immediate post-procedure pain assessment on VAS was 4.3 ± 2.6. Pain decreased substantially immediately post procedure through day 10 (average VAS=1.6 ± 2.4), and at 3 months, the change in VAS in pain/discomfort improved on average -3.8 ± 3.0 points from the post-procedure assessment. (The VAS scale ranged 0-10; where 0 = best possible level of pain and discomfort and 10 = worst possible level of pain and discomfort.) |
| **Overall Study Summary** | Fifty five (55) subjects were enrolled in the study and underwent procedure with a single non-overlapping pass of J-Plasma with helium flow rate of 4 L/min. The majority of subjects were female (n=51, 92.7%). Twenty six (n=26, 47.3%) subjects had Fitzpatrick Skin Scale (FSS) Type III - light brown skin that tans gradually and can burn moderately. Subjects were on average 61.5 ± 9.2 years old (age range of 31- 82) at the time of study enrollment.<br><br>Subjects were evaluated at 10 days, 1 month, 3 months, and 6 months. At the time of this report not all subjects have completed 6 months follow-up. There have been no missed visits and no subjects are considered to be "lost to follow-up." |

| Overall Conclusions | **Conclusions on Effectiveness** |
|---|---|
| | 1. The study achieved a 63.64% success rate (95% one-sided lower CL=51.69%, p=0.9790) which represents a significant improvement, but did not meet the ambitious original primary effectiveness criterion of 75%. To further support the success criterion, the additional success criterion (2 of 3 IPRs correctly able to categorize pre/post treatment photographs) was **98.18%** (95% two-sided CL=90.28%, 99.95%), with all but one case correctly identified. Lower success criterion for devices with similar technology and Indications for Use have been seen (primary study endpoint for effectiveness was 50% for the eTwo Skin Treatment System K141507, Syneron Medical Ltd) for the achievement of wrinkle reduction. |
| | 2. Additional pre-specified assessments support the effectiveness of the device: |
| |   ✓ The secondary efficacy endpoint demonstrated "improvement" in subjects' appearance via modified GAIS as reported by the investigators in almost all treated subjects; 96.4% (n=53/55) with a 95% one-sided Lower CL of 88.99%. |
| |   ✓ Subjects expressed a high degree of satisfaction; at the 3-month visit, the average VAS score for satisfaction with J-Plasma procedure was 2.6 ± 3.0 (with "0" being the best possible score and "10" being the worst possible score). Subjects' satisfaction with the study procedure can be considered a benefit/risk measure (i.e, subjects' overall satisfaction with the study procedure is based on the effectiveness of treatment with J-Plasma as well as safety results). |
| |   ✓ The magnitude of improvement measured by mean change in FWS as reported by investigators from baseline to 3-month visit was -2.13 ± 1.02, indicating a clinically significant 2-point improvement in the FWS score. |
| |   ✓ Ninety percent (90.9%, n=50/55) of subjects also indicated "improvement" in appearance utilizing the modified GAIS. |
| |   ✓ On average, 96.8 ± 5.7 percent of re-epithelization was achieved for all treated zones at 10-day follow-up visit by all 55 subjects. |
| | 3. These multiple positive findings provide further evidence of successful treatment with the J-Plasma system. |
| | 4. Considering the totality of the efficacy data (success criteria), there is sufficient assurance that effectiveness has been demonstrated and clinically meaningful benefits have been observed in a majority of subjects. In particular, improvement in appearance via GAIS as reported by both – investigators (in 96.4% of subjects) and subjects (by 90.9% of subjects), as well as the magnitude of improvement measured by mean change in investigator-reported FWS that indicated the clinically significant 2-point improvement in the FWS. |
| | **Conclusions on Safety** |
| | 1. Safety data reported in this J-Plasma study further supports the substantial safety profile of the J-Plasma system (out of a total of 79 adverse events reported in 39 subjects, only two were reported as "severe" and no AEs were reported as serious adverse events). In the majority of subjects (n=32), adverse events resolved within 14 days. |
| | 2. Similar types of adverse events were reported by the Portrait® plasma skin regeneration (PSR)[3] study conducted at 2 US sites and enrolling 24 subjects. This study was designed to evaluate safety and efficacy of the Portrait® (PSR)[3] technology in the treatment of the full face utilizing single pass of high energy. Subjects treated with Portrait® PSR[3] technology developed skin erythema and edema shortly after the treatment. Transient, mild inflammatory hyperpigmentation was noted in the post-operative phase in some patients. A scar on the left forehead (5 x 20 mm) secondary to an infection in the post-treatment healing period was reported in 4.2% of the subjects. A number of patients were noted as having localized spotty |

| | hyperpigmentation at their 90 day follow-up visit.[1] Additionally, J-Plasma compares favorably with rates of events reported in a study of 500 patients undergoing carbon dioxide (CO2) laser resurfacing: hyperpigmentation (37% compared to 12.7% with J-Plasma), acne or acne exacerbation (15% compared to 9.1% with J-Plasma), milia (11% compared to 1.8% with J-Plasma), contact dermatitis (10% compared to 1.8% with J-Plasma), and hypopigmentation (1% compared to 1.8% with J-Plasma).[2]<br><br>**<u>Conclusion on Risk/Benefit</u>**<br>The totality of the data shows benefit in the vast majority of patients based on assessments that reflect clinical practice. Safety concerns are well characterized, non-serious, and largely resolve within a reasonable time frame. The trade-off of effectiveness/safety is acceptable as evidenced by similar findings from other approved products and our subjects' satisfaction results. |
|---|---|

Clinical Summary Report VP-1558, A Prospective, Multicenter, Single Arm Clinical Study Evaluating the Use of J-Plasma® for Dermal Resurfacing, is included in Attachment 4 of this section.