# Exhibit 10



13-Mar-2019

# Apyx Medical Corp. (APYX)

Q4 2018 Earnings Call

FACTSET: callstreet

1-877-FACTSET   www.callstreet.com

Total Pages: 17

Copyright © 2001-2019 FactSet CallStreet, LLC

**Apyx Medical Corp.** (APYX)
Q4 2018 Earnings Call

Corrected Transcript
13-Mar-2019

# CORPORATE PARTICIPANTS

**Charles D. Goodwin**
*President and Chief Executive Officer & Director, Apyx Medical Corp.*

**Tara H. Semb**
*Chief Financial Officer, Apyx Medical Corp.*

...........................................................................................................................................................................................................

# OTHER PARTICIPANTS

**David Turkaly**
*Analyst, JMP Securities LLC*

**Kevin M. Farshchi**
*Analyst, Piper Jaffray & Co.*

**Matt G. Hewitt**
*Analyst, Craig-Hallum Capital Group LLC*

**Kyle Bauser**
*Analyst, Dougherty & Co. LLC*

**Russell George Cleveland**
*President, Chief Executive Officer, Portfolio Manager & Director, RENN Capital Group, Inc.*

...........................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good afternoon, ladies and gentlemen, and welcome to the Fourth Quarter and Fiscal Year 2018 Earnings Conference Call for Apyx Medical Corporation. At this time, all participants have been placed in a listen-only mode. At the end of the company's prepared remarks, we will conduct a question-and-answer session. Please note that this conference call is being recorded and that the recording will be available on the company's website for replay shortly.

Before we begin, I would like to remind everyone that our remarks and responses to your questions today may contain forward-looking statements that are based on current expectations of management and involve inherent risks and uncertainties that could cause actual results to differ materially from those indicated including those identified in the Risk Factors section of our most recent annual report on Form 10-K filed with the Securities and Exchange Commission, as well as our most recent 10-Q filing.

Such factors may be updated from time to time in our filings with the SEC, which are available on our website. We undertake no obligation to publicly update or revise our forward-looking statements as a result of new information, future events or otherwise.

This call will also include references to certain financial measures that are not calculated in accordance with Generally Accepted Accounting Principles, or GAAP. We generally refer to these as non-GAAP financial measures. Reconciliations of those non-GAAP financial measures to the most complete measures calculated and presented in accordance with GAAP are available in the earnings press release on the Investor Relations portion of our website.

I would now like to turn the call over to Mr. Charlie Goodwin, Apyx Medical's President and Chief Executive Officer. Please go ahead, sir.

Apyx Medical Corp. *(APYX)*                                              C Corrected Transcript
Q4 2018 Earnings Call                                                      13-Mar-2019

## Charles D. Goodwin
*President and Chief Executive Officer & Director, Apyx Medical Corp.*

Thank you, operator. Welcome, everyone, to our fourth quarter and fiscal year 2018 earnings call. I am joined on this afternoon's call by our Chief Financial Officer, Tara Semb. Let me provide you with a quick agenda for today's call. I'll begin with a high level overview of our fourth quarter sales results along with the commentary on the factors that contributed to our strong performance during the period. Then, I'll discuss some notable operating highlights we achieved during the quarter.

I will then briefly review the strategic initiatives that we were focused on executing this year as part of our long-term growth strategy before turning the call over to Tara to discuss our fourth quarter financial results in detail and review our fiscal year 2019 guidance, which we introduced in our earnings press release this afternoon.

Following Tara's discussion, I'll close by sharing some additional thoughts on why we believe Apyx is incredibly well positioned for success in the years to come before opening the call for questions.

Before diving in our fourth quarter review, I thought it would be appropriate to start with two notable events that happened during the quarter. Both of these items are very important as investors think about our investment story going forward. First, we announced the addition of a new member of our executive leadership team in December as Tara Semb joined as our new CFO on January 1. Tara replaced Jay Ewers who had announced plans to retire earlier in the fourth quarter. Tara has a strong background in finance and operations having held multiple executive level positions throughout her career. She has experience in helping companies execute rapid growth strategies as well as helping large multinational companies scale their business and improve profitability across multiple business segments and geographies around the world. I believe we have added an asset to the executive leadership team and we are very fortunate to have her helping us at such an important time in this company's history. The second important item, I wanted to begin the call with is our corporate rebranding and the company name change to Apyx Medical Corporation effective January 1, 2019.

Many of you will recall that sale of our company's core segment to Symmetry Surgery (sic) [Surgical] (00:04:14), last summer included the sale of the Bovie brand name. We had announced plans to rename the surviving new co-entity and we chose Apyx Medical. The name Apyx reflects our mission. Our mission to continue our journey to the top, the summit, the peak. This is not just about revenue growth, but about a culture of peak performance in all we do. We also announced plans to move our stock exchange listing to the NASDAQ Global Select Market from the NYSE and began trading on the NASDAQ on January 2, 2019 under the ticker APYX.

With that, let's turn the review to our sales performance during the fourth quarter. We achieved total revenue of $5.9 million for the fourth quarter, which represented 62% growth year-over-year. Our total revenue growth in the fourth quarter was driven by strong sales of our Advanced Energy business, which increased by $1.25 million or 41% year-over-year. We also saw strong contributions of total growth from our OEM business, which increased by $1 million or 179% year-over-year.

From a geographic standpoint, during the fourth quarter U.S. sales increased by $1.3 million or 43% year-over-year, while international sales increased by $957,000 or 162% year-over-year. Fourth quarter Advanced Energy sales in both the U.S. and internationally reflects solid execution of our strategy in 2018, specifically to focus on driving growth by increasing the adoption and utilization of our Renuvion Cosmetic Technology in the U.S. cosmetic surgery market while also meeting the growing demand from our network of O-U.S. distributors and entering new partnerships with our O-U.S. distributors in new countries.

**Apyx Medical Corp.** *(APYX)*
Q4 2018 Earnings Call

Corrected Transcript
13-Mar-2019

As expected, our fourth quarter total sales growth also benefited from strong OEM growth driven primarily by the expected contributions from the electrosurgical generator and supply agreement we signed with Symmetry as part of that divestiture and sale of Bovie's core business last summer.

Turning to a brief review of our fiscal year 2018 performance, we are clearly very proud of our reported results this year with the total revenue growth of 63% year-over-year, well ahead of our original guidance expectations for sales growth that were in the range of 29% to 34% year-over-year. Advanced Energy sales were the largest driver of growth in 2018 as sales increased 71% year-over-year well ahead of the original guidance expectations of 40% to 45% Advanced Energy sales growth, which we introduced in our Q4 2017 call last year.

The 71% revenue growth was driven by 43% growth in the U.S. and 184% growth outside the U.S. albeit off a much lower base of revenue outside the U.S. in 2017. Growth continues to come from sales of both generators and hand pieces which means our Advanced Energy growth in 2018 was fueled by strong adoption of generators and utilization hand pieces. To that end, why we are still not disclosing additional details about the composition of Advanced Energy revenue or the installed base overall, we appreciate the market's interest in understanding the utilization dynamic in our business and we are happy to report that we saw more than a three-fold increase in the number of hand pieces we sold in 2018 as compared to 2017.

Our growth performance in 2018 represents the clearest evidence of our success in executing our strategic plan. We focus the organization on maximizing the opportunity we have in introducing our J-Plasma technology under the Renuvion brand in the U.S. cosmetic surgery market and after starting the year off well the core segment sale transaction we announced last summer allowed us to further focus our efforts on this strategic plan and deliver strong growth trends over the second half of the year despite facing tougher comparisons.

We believe our growth performance in 2018 was a result of the powerful combination of an attractive addressable market opportunity having what we believe is the best technology on the market today and our focused commercial strategy. Let me speak to each of these in a little bit more detail.

First we believe the U.S. cosmetic surgery market represents a large and compelling market opportunity for our company which will enable us to drive strong and sustained growth. Using Renuvion as a sub-dermal coagulator following liposuction procedures, we estimate that our potential addressable market for generators and handpieces is approximately $1.5 billion in the United States alone.

Importantly this addressable opportunity includes an annual recurring revenue component for the sale of our Renuvion handpieces of more than $170 million based on the estimated 400,000 liposuction procedures that happen each and every year.

Second regarding our J-Plasma technology which powers our Renuvion generators and handpieces as discussed on prior calls while the initial decision to shift the commercial focus in the U.S. to the cosmetic surgery market predated my joining the company the initial decision was well-founded.

The decision was due in large part to the incredibly positive feedback we were receiving from some of our earliest adopters of our technology including plastic surgeons, dermatologists, and cosmetic surgeons across the U.S. who were using it for sub-dermal coagulation of soft tissue following liposuction procedures.

It was clear to me shortly after taking over in December of 2017 that the strategy to focus our commercial efforts for the J-Plasma technology in the cosmetic surgery market was sound. But I also knew we had an opportunity to better understand why the clinical feedback and patient outcomes were so positive, which meant we needed to

**Apyx Medical Corp.** *(APYX)*
Q4 2018 Earnings Call

 Corrected Transcript
13-Mar-2019

invest in learning what made our technology so special. We believe that the J-Plasma technology which powers our Renuvion generators and handpieces, represents a truly unique energy modality that is able to deliver heat to tissue in an incredibly efficient and controlled manner. Specifically, the combination of our proprietary RF energy and helium plasma allows Renuvion to quickly heat sub-dermal tissue to the optimal treatment temperatures and then cool the tissue almost instantaneously. We believe this approach enables physicians to minimize thermal diffusion to the surrounding tissue that is not being treated.

Our technology also allows Renuvion to deliver full power to all types of soft tissue and to heat the sub-dermal tissue in a faster and more efficient manner. And lastly, the fact that Renuvion does not really rely on direct contact with the tissue being treated provides physicians with more freedom to deliver energy to all desired tissues within the sub-dermal space.

The third contributor to our early commercial success in the U.S. cosmetic surgery market is our focus. This was a company with limited resources which meant we couldn't afford to be anything other than focused with our commercial efforts. Our targeted approach has paid off so far. We have gained significant market share in 2018 despite having a direct selling infrastructure focused on this market of only 15 direct sales reps coming into the year.

Our commercial success over the first half of 2018 was further validation of our strategy and clear evidence of the huge unmet need for a technology like Renuvion. The Symmetry transaction provided us with the requisite capital to invest in our sales force and expand our coverage of the U.S. cosmetic surgery market. As planned we identified strong direct sales reps to join our team over the second half of 2018. Our direct team increased from 17 direct reps at the end of Q2 to 27 reps at the end of 2018.

We had also identified new agency partners that had demonstrated experience in the cosmetic surgery market which resulted in the number of agency relationships increasing from 3 at the end of Q2 to 14 at the end of 2018.

Importantly I believe the compelling revenue growth we've reported this year is only part of the 2018 success story. We have also made considerable progress towards the four strategic initiatives I have talked on earnings calls throughout the year. By way of reminder they are: number one, to secure new clinical evidence demonstrating the safety and efficacy of our Renuvion technology; two, formulizing our regulatory strategy to pursue specific clinical indication that will enable us to market and sell Renuvion for our target procedures; three, enhanced physician and practice support for our cosmetic surgery customers; and four, improve our manufacturing capabilities and efficiencies.

All four strategic initiatives are focused on establishing a foundation to support the long term growth of Renuvion in the U.S. cosmetic surgery market and the long term growth of J-Plasma in the markets outside the U.S. Let me update you on the progress in each of these areas now.

With respect to our first strategic initiative in 2018, we have been primarily focused on securing new clinical evidence for Renuvion cosmetic technology by pursuing an IDE clinical study evaluating the use of Renuvion for dermal resurfacing procedures.

We completed enrollment in the spring and worked through follow-up and data evaluation this past fall. Dermal resurfacing represents a new target procedure for Renuvion in the cosmetic surgery market. An estimated 200,000 fully ablative dermal resurfacing procedures are performed in the U.S. market each year representing an annual incremental market opportunity of approximately $85 million from the sales of our handpieces alone. This

**Apyx Medical Corp.** *(APYX)*
Q4 2018 Earnings Call

 Corrected Transcript
13-Mar-2019

IDE clinical study for dermal resurfacing is also an important component of our second strategic initiative formalizing our regulatory strategy to pursue specific clinical indications.

==Our first new clinical indication we are pursuing is for the use of Renuvion and dermal resurfacing procedures and we use the data we obtained from our IDE clinical study to support our 510(k) submission which we announced in December.== We have also been developing our multi-year strategy to secure specific clinical indications for our target procedures in the cosmetic surgery market under the direction of Dr. Topaz Kirlew, our VP of Regulatory Affairs.

In accordance with our third strategic initiative, we are continuing to build physician and practice support for our customers in the cosmetic surgery market with our Renuvion Cosmetic Technology brand. We have made considerable progress in this incredibly important part of our business strategy, as we continue to believe that having the best technology like Renuvion does not guarantee commercial success. In fact, it is our efforts in the area of physician and practice support that may be even more important.

We launched this dedicated channel specific brand for our J-Plasma generators and handpieces in late March and we remain committed to enhancing its visibility in the marketplace in light of the strong reception that it has received from physician community in recent months. We have also been pleased with the response of our tagline, reshaping what's possible which really captures the impact of our Renuvion Technology can have on our practice, from the strong outcomes and satisfaction from the patients to the benefit our clinician customers receive in attracting new patients.

We couldn't be happier with the results of our strategic investment in this dedicated branding effort in the cosmetic surgery market. We also believe we will be able to leverage the platform and positive name recognition we have established for the Renuvion brand when introducing new procedures to the cosmetic surgery market in the future. We have also invested in practice support including programs to help practices learn how to effectively market to potential patients and programs to help clinicians understand what makes our technology better than existing alternatives. We have also invested in a small team of clinical specialists, who are charged with supporting our sales team in educating and training our clinician customers. Not only has this strategy enhanced our relationships with new customers, it has freed up time for our reps to focus on selling.

Ultimately, we think this strategy ensures that our relationships with the clinician doesn't end when he or she buys a generator, but that he or she has everything needed to comfortably adopt the technology into the practice, which we believe is key to driving utilization.

And lastly, in connection with our four strategic initiatives, we continue to identify and pursue new ways to improve our manufacturing capabilities. As discussed on prior calls, we welcome two important professionals to our company's leadership team in 2018, with the appointment of Craig Swandal to our Board in March and the appointment of Laura Iversen to the position of Director of Global Operations for Advanced Energy in late 2018. Both have been instrumental in developing our strategy for enhancing our readiness to meet the demand we expect for generators and handpieces.

The importance of this strategic initiative cannot be understated. And while I am proud of the progress we have made today, we will continue to prioritize investments in our manufacturing scale to ensure we can deliver the commercial success, we expect as a result of driving improving adoption and utilization from clinicians around the world.

## Apyx Medical Corp. (APYX)
Q4 2018 Earnings Call

 Corrected Transcript
13-Mar-2019

In summary, 2018 was fantastic year for both growth and progress towards our goals of setting up the company for a long-term success. Before turning the call over to Tara for the financial review, I wanted to share my thoughts on a report that was published in an online blog last month. This report was written with the express intent to harm our stock price. And the author disclosed his financial interest in profiting as a result of the stock's decline. This report was incredibly frustrating as it was full of factual inaccuracies, including some claims and disparaging commentary about my prior work history and character.

The basis of the bloggers claims were tied to my name appearing in a 90-page complaint, filed in a lawsuit, brought by a whistleblower against Olympus. Let me state for the record, I was not party to the lawsuit nor was I ever named as a defendant in the case. My name appeared once in a 90-page complaint as part of a list of executives who were alleged to have had knowledge of fraudulent activities.

I was employed in various sales and senior leadership roles at Gyrus from 2002 to 2008 when we were acquired by Olympus, where I was a Group Vice President of the global surgical energy group. Olympus was investigated by the Department of Justice in 2010. As part of that investigation I was of course interviewed. That interview took place over the phone and I was never deposed in the matter. Furthermore, although the Department of Justice conducted a multi-year investigation of Olympus, they never contended that I engaged in or had knowledge of any improper activities.

The falsehoods about my prior work history were frustrating but candidly the unsubstantiated claims against the safety and efficacy of our J-Plasma technology and blatant mischaracterization of our IDE study on dermal resurfacing are among the most troublesome.

As discussed earlier in my prepared remarks, we believe our technology is truly differentiated and we have invested in expanding the clinical support for Renuvion which we look forward to sharing with the investment community and our clinician customers in 2019 and beyond.

As it relates to the result of the IDE study specifically, we have consistently said that the study was launched with the primary goal of demonstrating safety and efficacy to support our FDA 510(k) submission and that following the receipt of this regulatory clearance we would pursue options for showcasing the results.

Finally, I want to thank our employees for not letting their frustration with this short attack distract them from their responsibilities. In fact, I am proud to say I think the incident was a catalyst for our team of Apyx employees who already believed in our mission to work with even more conviction towards achieving our strategic objectives.

With that, let me turn the call over to Tara to review our fourth quarter financial results and our fiscal 2019 financial guidance which we introduced in this afternoon's release. Tara?

## Tara H. Semb
*Chief Financial Officer, Apyx Medical Corp.*

Thanks, Charlie. As a reminder our results are reported on a continuing operations basis for the period ended December 31. Any financial impacts related to the divestment and sale of our core segment appear in our financial statements as discontinued operations and are excluded from the commentary that follows.

Total revenue for fourth quarter 2018 increased $2.3 million or 62% year-over-year to $5.9 million, compared to $3.7 million last year. By business segment, total revenue growth for the fourth quarter was driven by Advanced Energy segment sales which increased $1.3 million or 40.5% year-over-year to $4.3 million. OEM segment sales increased $1 million or 179% year-over-year to $1.6 million in Q4, driven primarily by higher than expected

# Apyx Medical Corp. *(APYX)*
Q4 2018 Earnings Call

 Corrected Transcript
13-Mar-2019

$4 million, depreciation and amortization of approximately $700,000 and weighted average diluted shares outstanding of approximately 34 million shares.

Finally, we plan to file our 10-K for the 12 months ending December 31, 2018, with the SEC this evening. I wanted to make the investment community aware of the disclosure in the filing in Item 9A, Controls and Procedures that relates to our evaluation of the effectiveness of internal control over financial reporting and disclosures. Specifically this evaluation concluded that the company's internal controls and procedures were not effective because of three material weaknesses. We are committed to maintaining a strong internal control environment and in response to the identified material weaknesses, management with the oversight of the Audit Committee of the Board of Directors has already begun to take actions towards remediation, the details of which are disclosed in our 10-K. It is also important to note that we have also received an unqualified opinion on our 2018 financials from our external auditors.

With that I'll turn the call back to Charlie for closing remarks. Charlie?

## Charles D. Goodwin
*President and Chief Executive Officer & Director, Apyx Medical Corp.*

Thanks, Tara. I'd like to conclude today's prepared remarks with some additional thoughts on 2019 specifically in two areas; how we're driving growth this year and where we're investing in 2019 to drive future growth? Regarding our 2019 growth drivers, our full year revenue guidance assumes total revenue in the range of 50% to 56% year-over-year. Advanced Energy will be the primary driver of total company growth again this year and we expect the segment revenue to increase 53% to 61% year-over-year, driven by continued generator adoption and handpiece utilization of Renuvion in the U.S. and J-Plasma outside the U.S.

Our U.S. Advanced Energy growth expectations only assume contributions from Renuvion sales related to its use as a sub-dermal coagulator following liposuction in the U.S. We plan to update our full year 2019 growth expectations following the receipt of our 510(k) clearance for dermal resurfacing.

With respect to Advanced Energy sales, growth expectations outside the U.S. similar to our practice in 2018, our guidance assumes the contributions from utilization-related demand in existing international markets only. To the extent, we receive material new O-U.S. regulatory clearances during 2019, we plan to update our guidance accordingly.

One final item for consideration when evaluating our 2019 growth expectations, we do not assume a material change in our direct sales infrastructure, which resulted in 27 representatives at year end. As discussed earlier, we increased our direct sales force from 17 representatives in Q2, 19 representatives in Q3, and 27 representatives at year end. The primary driver of year-over-year growth in the U.S. this year is the contributions of these 27 reps for 12 months of 2019 as compared to just three months of Q4 of 2018.

Additionally, we ended 2018 with multiple independent agency partners that employed an estimated 20 agents to 23 agents, which when combined with our direct reps gave us a [ph] field (00:38:51) selling team of nearly 50 reps at year end. The majority of these agency relationships were added in late Q3 and early Q4 as part of our hybrid selling model whereby we supplemented our investment in direct reps with more P&L friendly commission only agents.

These agency partners did not produce the results we were expecting and given how important our early commercialization efforts are in the U.S., we believe it is prudent to focus our sales responsibilities on our direct reps, who are full employees of Apyx and thus fully invested in our success. As such our 2019 guidance assumes

# Apyx Medical Corp. *(APYX)*
Q4 2018 Earnings Call

**Corrected Transcript**
13-Mar-2019

we're very fortunate to have her because of her experience and I know she will get this taken care of and this will be the last time we have to talk about this.

## David Turkaly
*Analyst, JMP Securities LLC*

Q

All right. Thanks for that.

**Operator**: Your next question comes from Matt O'Brien with Piper Jaffray. Your line is open.

## Kevin M. Farshchi
*Analyst, Piper Jaffray & Co.*

Q

Thanks, everyone. This is Kevin on from Matt today. I had a quick question on the dermal front as well as guidance. I understand that you're probably going to update as far as numbers go but if there's any color that you can provide on how much dermal resurfacing can impact the back half of the year if you can? And then what an overall sustainable type growth rate looks like in 2020 and beyond in that space with all those new reps getting up the curve?

## Charles D. Goodwin
*President and Chief Executive Officer & Director, Apyx Medical Corp.*

A

Yeah. Look Kevin, obviously today we're not going to talk about the impact on revenue until we get the clearance from the FDA. But just to remember that there is 200,000 of those procedures that are done a year which represents about another $85 million in annual handpiece utilization and will also help us in generator adoption at some point in time too, but we're not going to get into those until we get the clearance and we'll give you guys updates when that happens and help you out with that at that point in time.

## Kevin M. Farshchi
*Analyst, Piper Jaffray & Co.*

Q

Okay. That's completely fair. As far as the increased investments go for the year, you spoke to 70% year-over-year and we really appreciate the breakdown there, and you mentioned it was transient. How much do you think in the longer-term if you could frame it up for folks? How quickly does it tick down and beyond and where the leverage points in the model? And I know on the margin side you've talked historically about manufacturing leverage and it seems like you're consistently increasing pricing for J-Plasma if I'm not mistaken. So, can you just give us a frame up for when those start to taper off that they're transient and where the leverage points are in the model? Thanks.

## Charles D. Goodwin
*President and Chief Executive Officer & Director, Apyx Medical Corp.*

A

Yeah. Look, we've said before that we feel very good about our guidance and our plan for 2019, and obviously sitting here today we are only going to talk about 2019, we're not going to get too far in the future. And obviously from we've talked a lot, I've talked every call that I've been on about manufacturing efficiencies. And so, that is an area of continued focus for us and we will obviously hope to drive and have higher margins in the future, but we're not going to talk about that today. These are the targeted investments that are going to help the foundation to support the long term growth at this company. And as I mentioned before in some of these key things, these will help set us up for the future and really help take us down a successful path.