# Exhibit 13

C Corrected Transcript

08-May-2019

# Apyx Medical Corp. (APYX)

Q1 2019 Earnings Call

**FACTSET: call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 14
Copyright © 2001-2019 FactSet CallStreet, LLC

Apyx Medical Corp. *(APYX)*
Q1 2019 Earnings Call

Corrected Transcript
08-May-2019

# CORPORATE PARTICIPANTS

Charles D. Goodwin
*President, Chief Executive Officer & Director, Apyx Medical Corp.*

Tara H. Semb
*Chief Financial Officer, Apyx Medical Corp.*

# OTHER PARTICIPANTS

Matt G. Hewitt
*Analyst, Craig-Hallum Capital Group LLC*

Kyle Bauser
*Analyst, Dougherty & Co. LLC*

Kevin M. Farshchi
*Analyst, Piper Jaffray & Co.*

Russell George Cleveland
*President, Chief Executive Officer, Portfolio Manager & Director, RENN Capital Group, Inc.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good afternoon, ladies and gentlemen, and welcome to the First Quarter of Fiscal Year 2019 Earnings Conference Call for Apyx Medical Corporation. At this time, all participants have been placed in a listen-only mode. And at the end of the company's prepared remarks, we will conduct a question-and-answer session. Please note that this conference call is being recorded and that the recording will be available on the company's website for replay shortly.

Before we begin, I would like to remind everyone that our remarks and responses to your questions today may contain forward-looking statements that are based on the current expectations of management and involve inherent risks and uncertainties that could cause actual results to differ materially from those indicated including those identified in the Risk Factors section of our most recent Annual Report on Form 10-K filed with the Securities and Exchanges Commission (sic) [Securities and Exchange Commission] (00:00:46).

Such factors may be updated from time to time in our filings with the SEC, which are available on our website. We undertake no obligation to publicly update or revise our forward-looking statements as a result of new information, future events or otherwise.

This call will also include references to certain financial measures that are not calculated in accordance with Generally Accepted Accounting Principles, or GAAP. We generally refer to these as non-GAAP financial measures. Reconciliations of those non-GAAP financial measures to the most comparable measures calculated and presented in accordance with GAAP are available in the earnings press release on the Investor Relations portion of our website.

I would now like to turn the call over to Mr. Charlie Goodwin, Apyx Medical's President and Chief Executive Officer. Please go ahead, sir.

# Apyx Medical Corp. *(APYX)*
Q1 2019 Earnings Call

 Corrected Transcript
08-May-2019

## Charles D. Goodwin
*President, Chief Executive Officer & Director, Apyx Medical Corp.*

Thanks, operator. Welcome everyone to our first quarter of fiscal year 2019 earnings call. I am joined on this afternoon's call by our Chief Financial Officer, Tara Semb. Let me provide you with a quick agenda for today's call. I will start with an overview of our first quarter revenue performance and the drivers of our growth during the period. Then I'll discuss some of the important operational developments in our business during the first quarter, as well as our recent progress with respect to our four strategic initiatives that we have identified as key components of our longer term growth strategy.

Tara we'll then provide you with a more detailed summary of our first quarter financial results and review our fiscal 2019 guidance which we updated in our earnings press release this afternoon. I'll then share some additional closing thoughts on our outlook for 2019 before opening the call for questions.

In the first quarter of 2019, we achieved total revenue of $5.8 million which represented 71% growth year-over-year. Our total revenue growth in the first quarter continues to be driven by strong sales performance in our Advanced Energy business which increased by $1.7 million or 66% year-over-year. These impressive sales results reflected strong global demand for our Renuvion Cosmetic Technology which continues to resonate in cosmetic surgery markets around the world.

Our first quarter revenue results also demonstrate the successful execution of our strategy to drive growth in our Advanced Energy business by increasing the adoption and utilization of our Renuvion Cosmetic Technology generators and handpieces in the U.S., fulfilling the increasing demand we are seeing from distributors in our existing international markets, and expanding our coverage and penetration of key OUS markets by entering into new distributor partnerships.

In addition to our Advanced Energy sales performance, we also saw important contributions to total growth from our OEM business which increased by $684,000 or 89% year-over-year.

The growth in our OEM business was largely driven by the expected contributions from our electrosurgical generator and supply agreement with Symmetry Surgical. Recall that we entered into this agreement in connection with the divestiture and sale of the Bovie Medical Core business and brand in August of last year.

From a geographic standpoint, first quarter total U.S. sales increased by $1.3 million or 49% year-over-year, while total international sales increased by $1.1 million or 169% year-over-year. First quarter sales in the U.S. were driven by a 30% increase in Advanced Energy sales and 104% increase in OEM sales.

We were especially pleased with our U.S. Advanced Energy performance in the first quarter as sales only declined mid-single digits compared to the fourth quarter of 2018. This is impressive in light of the fact that the first quarter tends to represent a seasonally weaker quarter due to the capital equipment purchasing trends in the cosmetic surgery market.

Our Advanced Energy growth in the U.S. benefited from strong utilization based demand for our Renuvion handpieces. First quarter international sales were driven by stronger than expected utilization based demand for our Advanced Energy products from distributors in our existing international markets, many of which we entered into partnerships with during the last nine months of 2018. We also added new distributor relationships in new countries in the first quarter which represented additional upside versus our expectations.

## Apyx Medical Corp. (APYX)
Q1 2019 Earnings Call

 Corrected Transcript
08-May-2019

Turning to an update of our recent operational progress and operating highlights, in addition to the strong performance of our Advanced Energy business during the quarter, we also continued to receive strong positive feedback from our new and existing clinician customers in the U.S. cosmetic surgery market. Our new Renuvion customers report that they are motivated to purchase our technology after observing the results that can be achieved and discussing the potential benefits of adoption with members of our sales team as well as their clinician peers. Additionally, many of our existing customers reported seeing a notable uptick in their patient procedure volumes after integrating Renuvion into their practice.

As I will discuss later in my remarks, we continue to improve our support for new and existing clinical customers to ensure they are able to effectively integrate the technology into their practices and that they have tools and best practices to market Renuvion Cosmetic Technology to their patient customers.

Before updating you on the recent progress we've made with our strategic initiatives, I would first like to take a moment to discuss an important development during the first quarter with respect to our regulatory strategy. As discussed on recent earnings calls, our team has been focused on pursuing 510(k) regulatory clearance for Renuvion, specifically a new clinical indication for the use in dermal resurfacing procedures. On December 18 of last year, we filed our application for premarket notification 510(k) regulatory clearance with the FDA. Our application was supported by data from a multicenter, single-arm, evaluator-blind prospective IDE study which evaluated the safety and efficacy of Renuvion for the reduction of facial wrinkles and rhytides.

During their review of our application, the FDA raised several questions and concerns regarding three aspects of our IDE clinical study. First, the FDA questions the study's results regarding Renuvion's performance in dermal resurfacing procedures versus its stated primary endpoint. While the IDE study yielded no serious adverse events, it did not meet the primary efficacy endpoint as only 63.64% of the patients were deemed to have experienced an improvement of 1 point or greater on the Fitzpatrick Wrinkle Scale (sic) [Fitzpatrick Wrinkle and Elastosis Scale] (00:08:59) at the three-month follow-up visit. The study protocol and statistical analysis plan included a success criteria of 75% of patients.

Second, the FDA questioned the variability in treatment outcomes across the three investigational centers in the study as one of the three investigational centers in the study achieved superior outcomes compared to the other two. And third, the FDA questioned the impact of protocol deviations at this investigational center. Specifically, the FDA questioned how the protocol deviations may have contributed to the superior results obtained at this investigational center.

Following the procedures, all but five subjects treated at this clinical center were prescribed with Medrol, a corticosteroid that can be used to treat inflammation of the skin and increase patient comfort post-procedure.

Following discussions with the FDA in late March, we voluntarily withdrew our application on March 29 as we were unlikely to be able to favorably resolve the issue raised within the FDA's congressionally mandated MDUFA 90-day review period that would have otherwise ended on April 1.

While Apyx does not share the FDA's view with respect to the three areas in question regarding our clinical study, we understand their focus on these areas. We also appreciate the FDA's engagement with our clinical and regulatory team which has included many productive and positive interactions through the process. Although we are greatly disappointed by this setback, we remain convinced of both safety and efficacy of our Renuvion technology when used in dermal resurfacing procedures, and we are committed to pursuing 510(k) clearance for dermal resurfacing.

Copyright © 2001-2019 FactSet CallStreet, LLC

# Apyx Medical Corp. (APYX)
Q1 2019 Earnings Call

 Corrected Transcript
08-May-2019

In terms of Renuvion's safety profile, our IDE study included no serious adverse events. Additionally, the FDA expressed no comment or concerns regarding the safety of the procedure itself. And from an efficacy standpoint, over 90% of subjects in the study experienced an improvement in [ph] appearance (00:11:36) as assessed by the study investigators. In addition, the study's Independent Photographic Reviewers were able to correctly identify post-treatment photographs in over 97% of patients.

In terms of next steps, we intend to develop and submit a new investigational device exemption or IDE application. Our clinical and regulatory teams are highly focused on developing a new clinical protocol and securing the necessary support for our IDE application. We are taking a methodical approach and have engaged additional external resources to inform our process.

Upon receiving an IDE, we will then gather additional clinical data under this new clinical protocol to support our submission of a new application for 510(k) clearance to market and sell renew Renuvion for the dermal surfacing procedures.

With that, I'll now turn to an update of our recent operational progress with respect to our strategic initiatives. As a reminder, Apyx Medical has been focused on the following four strategic initiatives in order to position us for long-term success in the cosmetic surgery market: number one, we formulized our regulatory strategy to pursue specific clinical indications that will enable us to market and sell Renuvion for our target procedures; two, secure new clinical evidence demonstrating the safety and efficacy of our Renuvion technology; three, enhance physician and practice support for our cosmetic surgery customers; and four, improve our manufacturing capabilities and efficiencies.

With respect to our first strategic initiative, in addition to our efforts to secure a new clinical indication for Renuvion in dermal resurfacing procedures, our regulatory team is focused this year on expanding our geographic footprint by obtaining regulatory clearance for our technology in new countries outside the U.S. particularly those with large and growing cosmetic surgery markets. Importantly, while our commercial strategy is to identify a strong distributor partner in each market, we are focused on owning the registrations and licenses in each respective country.

Longer-term, our team has also identified other potential clinical indications where we believe our Renuvion technology would address important unmet clinical needs within the U.S. cosmetic surgery market. We intend to focus on obtaining these clearances in the years to come in an effort to expand the potential addressable market for Renuvion.

Turning to our second strategic initiative, we are continuing to develop a comprehensive portfolio of clinical support demonstrating the safety and efficacy of our Renuvion Cosmetic Technology. Building on the work we completed in late 2018 to demonstrate how our Renuvion technology's method of action is so unique in the marketplace, we expect to publish a retrospective clinical study examining the subdermal use of Renuvion in liposuction procedures during the second half of 2019.

Our third strategic initiative, we continue to make steady progress during the first quarter on enhancing physician and practice support we provide for our cosmetic surgery customers. These efforts began in earnest in late March of last year with the launch of our Renuvion brand which was designed to enhance our marketing efforts to our customers, more importantly to help our clinicians in the cosmetic surgery market effectively market Renuvion to their patient customers. The Renuvion brand has received strong praise from our clinical customers and overall market response has exceeded our initial expectations. We remain committed to supporting this dedicated branding effort and enhancing its visibility in the marketplace.