# Exhibit 14

9/26/2019                      The Use of J-Plasma® for Dermal Resurfacing - Study Results - ClinicalTrials.gov



**U.S. National Library of Medicine**

**Find Studies** ▼
**About Studies** ▼
**Submit Studies** ▼
**Resources** ▼
**About Site** ▼

## The Use of J-Plasma® for Dermal Resurfacing

  The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT03286283

Recruitment Status ❶ : Completed
First Posted ❶ : September 18, 2017
Results First Posted ❶ : August 7, 2019
Last Update Posted ❶ : August 7, 2019

**Sponsor:**
  Apyx Medical (formerly Bovie Medical Corp.)

**Information provided by (Responsible Party):**
  Apyx Medical (formerly Bovie Medical Corp.)

| **Study Details** | **Tabular View** | **Study Results** | Disclaimer | How to Read a Study Record |

| Study Type | Interventional |
|---|---|
| Study Design | Intervention Model: Single Group Assignment;   Masking: None (Open Label);   Primary Purpose: Treatment |
| Conditions | Facial Wrinkles<br>Rhytides |
| Intervention | Device: J-Plasma |
| Enrollment | 55 |

## Participant Flow ⓘ                                        Go to  ▼

| Recruitment Details | |
|---|---|
| Pre-assignment Details | All participants who were enrolled were assigned to a/the treatment group. |

| | Arm/Group Title | J-Plasma |
|---|---|---|
| | ▼ Arm/Group Description | Each study subject will receive one procedure with J-Plasma at enrollment.<br><br>J-Plasma: Dermal resurfacing procedure with J-Plasma. |

| Period Title: **Overall Study** | |
|---|---|
| Started | 55 |
| Completed | 55 |
| Not Completed | 0 |

## Baseline Characteristics ⓘ                                Go to  ▼

| | Arm/Group Title | J-Plasma |
|---|---|---|
| | ▼ Arm/Group Description | Each study subject received one procedure with J-Plasma at enrollment. |

9/26/2019                                  The Use of J-Plasma® for Dermal Resurfacing - Study Results - ClinicalTrials.gov

| | | J-Plasma: Dermal resurfacing procedure with J-Plasma. |
|---|---|---|
| Overall Number of Baseline Participants | | 55 |
| ▼ Baseline Analysis Population Description | | [Not Specified] |
| Age, Categorical [1] Measure Type: Count of Participants Unit of measure: Participants | | |
| | Number Analyzed | 55 participants |
| | <=18 years | 0      0.0% |
| | Between 18 and 65 years | 37      67.3% |
| | >=65 years | 18      32.7% |
| | | [1] Measure Description: Adults 30 years of age or older who provided informed consent and who met the inclusion/exclusion criteria. |
| Age, Continuous Mean (Full Range) Unit of measure: Years | | |
| | Number Analyzed | 55 participants |
| | | 61.5 (31 to 82) |
| Sex: Female, Male Measure Type: Count of Participants Unit of measure: Participants | | |
| | Number Analyzed | 55 participants |
| | Female | 51      92.7% |
| | Male | 4      7.3% |
| Race/Ethnicity, Customized [1] | Number Analyzed | 55 participants |

| | | | |
|---|---|---|---|
| Measure Type: Count of Participants<br>Unit of measure:  Participants | | | |
| American Indian/Alaskan Native | | 1 | 1.8% |
| Hispanic or Latino | | 10 | 18.2% |
| White | | 48 | 87.3% |
| | | [1]  Measure Description: Race/Ethnicity are not mutually exclusive categories. | |
| Region of Enrollment<br>Measure Type: Number<br>Unit of measure:  Participants | | | |
| United States | Number Analyzed | 55 participants | |
| | | 55 | |
| Fitzpatrick Wrinkle and Elastosis Scale (FWS) Score [1]<br>Measure Type: Count of Participants<br>Unit of measure:  Participants | Number Analyzed | 55 participants | |
| Baseline FWS Score = 1 | | 1 | 1.8% |
| Baseline FWS Score = 2 | | 2 | 3.6% |
| Baseline FWS Score = 3 | | 1 | 1.8% |
| Baseline FWS Score = 4 | | 10 | 18.2% |
| Baseline FWS Score = 5 | | 4 | 7.3% |
| Baseline FWS Score = 6 | | 1 | 1.8% |
| Baseline FWS Score = 7 | | 8 | 14.5% |
| Baseline FWS Score = 8 | | 20 | 36.4% |
| Baseline FWS Score = 9 | | 8 | 14.5% |

| | |
|---|---|
| [1] | Measure Description: Participants' Average Fitzpatrick Wrinkle and Elastosis Scale (FWS) score at baseline as determined by Independent Photographic Reviewers; the FWS is a scale of 1 to 9 where 9 represents the highest severity of wrinkles and rhytides and 1 represents the lowest severity of wrinkles and rhytides. |

## Outcome Measures ⓘ                                               Go to ▼

1. **Primary Outcome**

| | |
|---|---|
| Title | Improvement in Fitzpatrick Wrinkle and Elastosis Scale (FWS) Score |
| ▼ Description | The comparison of the proportion of subjects (i.e. percentage of treatment responders) with a ≥ 1-score improvement on the FWS at the 3-month visit, as compared to baseline as determined by at least 2 out of 3 blinded Independent Photographic Reviewers. Min=1, Max=9, where 1 is best and 9 is worst. The larger the difference between the baseline and 3 month scores, the greater the improvement. |
| Time Frame | Baseline to 3 months |

▼ Outcome Measure Data

| ▼ Analysis Population Description |
|---|
| [Not Specified] |

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment.<br><br>J-Plasma: Dermal resurfacing procedure with J-Plasma. |

The Use of J-Plasma® for Dermal Resurfacing - Study Results - ClinicalTrials.gov

| Overall Number of Participants Analyzed | 55 | |
|---|---|---|
| Measure Type: Count of Participants Unit of Measure: Participants | | |
| | 35 | 63.6% |

2.  Primary Outcome

| Title | Adverse Event Rate and Duration |
|---|---|
| ▼ Description | Adverse event rates, categorized by duration |
| Time Frame | Up to 3 months |

▼ Outcome Measure Data

▼ Analysis Population Description

[Not Specified]

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 55 |

| Measure Type: Number Unit of Measure: percentage of adverse events | |
|---|---|
| Percentage of Serious Adverse Events | 0 |
| Percentage of Adverse Events Resolved in 7 Days | 41.8 |
| Percentage Adverse Events Resolved in 14 Days | 58 |

3. Secondary Outcome

| Title | Number of Participants With a ≥ 1-score Improvement on the Fitzpatrick Wrinkle and Elastosis Scale (FWS) and at Least an "Improved" Rating on the Modified Global Aesthetic Improvement Scale (GAIS) at the 3-month Visit. |
|---|---|
| ▼ Description | Assessment of modified Global Aesthetic Improvement Scale (GAIS) at the 3-month visit compared to baseline as assessed by the investigator. Scale ratings: "Very much improved," "Much improved," "Improved," "No change," "Worse," "Much worse," and "Very much worse." An "improvement" on the modified GAIS includes "Improved," "Much improved," or "Very much improved." |
| Time Frame | Baseline to 3 months |

▼ Outcome Measure Data

▼ Analysis Population Description

[Not Specified]

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment.<br><br>J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 55 |
| Measure Type: Count of Participants Unit of Measure: Participants | |
| | 53                                                     96.4% |

4.  Secondary Outcome

| Title | Evaluation of Pain and Discomfort |
|---|---|
| ▼ Description | The evaluation of the pain and discomfort after treatment as reported by the subject on a 10-point visual analog scale (VAS). Mean change in VAS from baseline to 3 months. 0 = best possible level of pain and discomfort, 10= worst possible level of pain and discomfort. |
| Time Frame | Baseline to 3 months |

▼ Outcome Measure Data

▼ Analysis Population Description

[Not Specified]

| Arm/Group Title | J-Plasma |
|---|---|

| | |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment.<br><br>J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 55 |
| Mean (Standard Deviation) Unit of Measure: score on a scale | |
| | -3.8  (3.0) |

5. Other Pre-specified Outcome

| | |
|---|---|
| Title | Number of Participants With an Improvement on the FWS (as Scored by Independent Reviewers) and Modified GAIS Scale (as Scored by Participants) at 3 Months |
| ▼ Description | Fitzpatrick Wrinkle and Elastosis Scale (FWS) ≥ 1-score improvement and ≥ 75% agreement with at least an "improved" rating by the subject on the modified Global Aesthetic Improvement Scale (GAIS) at 3 months compared to baseline. FWS Scale: Min=1, Max=9, where 1 is best and 9 is worst. The larger the difference between the baseline and 3 month scores, the greater the improvement. Modified GAIS Scale ratings: "Very much improved," "Much improved," "Improved," "No change," "Worse," "Much worse," and "Very much worse." An "improvement" on the modified GAIS includes "Improved," "Much improved," or "Very much improved." |
| Time Frame | Baseline to 3 months |

▼ Outcome Measure Data

| ▼ Analysis Population Description |
|---|
| [Not Specified] |

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment.<br><br>J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 55 |
| Measure Type: Count of Participants Unit of Measure: Participants | |
| | 50                                         90.9% |

6. **Other Pre-specified Outcome**

| Title | Mean Change in Fitzpatrick Wrinkle and Elastosis Scale (FWS) From Baseline to 3-month Follow-up Visit |
|---|---|
| ▼ Description | Magnitude of improvement measured by the mean change in Fitzpatrick Wrinkle and Elastosis Scale (FWS) from baseline to 3-month visit. Scale of 1 to 9 where 1 represents the lowest severity of wrinkles and 9 represents the greatest severity of wrinkles. Negative change value represents aesthetic improvement. |
| Time Frame | Baseline to 3 months |

▼ Outcome Measure Data

| ▼ Analysis Population Description |
|---|
| [Not Specified] |

| Arm/Group Title | J-Plasma |
|---|---|

| Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. |
|---|---|
| Overall Number of Participants Analyzed | 55 |
| Mean (Standard Deviation) Unit of Measure: units on a scale | |
| | -2.13  (1.02) |

7.  **Other Pre-specified Outcome**

| Title | Study Subject Satisfaction at 3-month Visit |
|---|---|
| ▼ Description | Evaluation of the subject satisfaction as reported by the subject on a visual analog scale (VAS). VAS scale ranges 0-10, 0 = best possible level of satisfaction, 10= worst possible level of satisfaction |
| Time Frame | 3 Months |

▼ Outcome Measure Data

▼ Analysis Population Description

[Not Specified]

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. |

| Overall Number of Participants Analyzed | 55 |
|---|---|
| Mean (Standard Deviation) Unit of Measure: score on a scale | |
| | 2.5  (3.0) |

8. **Other Pre-specified Outcome**

| Title | Achievement of Re-epithelialization - 10 Days |
|---|---|
| ▼ Description | Achievement of re-epithelialization by facial zone and across facial zones after treatment |
| Time Frame | 10 Days |

▼ Outcome Measure Data

▼ Analysis Population Description

[Not Specified]

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 55 |

| Mean (Standard Deviation) Unit of Measure: percentage of re-epithelialization | |
|---|---|
| | 96.8  (5.7) |

9. <mark>Other Pre-specified Outcome</mark>

| Title | Achievement of Re-epithelialization - 1 Month |
|---|---|
| ▼ Description | Achievement of re-epithelialization by facial zone and across facial zones after treatment |
| Time Frame | 1 Month |

▼ Outcome Measure Data

▼ Analysis Population Description

[Not Specified]

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 55 |
| Mean (Standard Deviation) Unit of Measure: percentage of re-epithelialization | |

| | |
|---|---|
| | 100  (0.0) |

10. ==Other Pre-specified Outcome==

| | |
|---|---|
| Title | Achievement of Re-epithelialization - 3 Months |
| ▼ Description | Achievement of re-epithelialization by facial zone and across facial zones after treatment |
| Time Frame | 3 Months |

▼ Outcome Measure Data

| ▼ Analysis Population Description |
|---|
| Data were not collected at 3 months since all subjects had reported 100% re-epithelization prior to 3 months. |

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 0 |

No data displayed because Outcome Measure has zero total analyzed.

11. ==Other Pre-specified Outcome==

| | |
|---|---|
| Title | Mean Duration for Study Subject to Feel Comfortable in Public After Treatment |
| ▼ Description | Mean duration for study subject to feel comfortable in public after treatment as reported by the subject |
| Time Frame | Up to 3 months |

▼ Outcome Measure Data

| ▼ Analysis Population Description |
|---|

[Not Specified]

| Arm/Group Title | J-Plasma |
|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment.<br><br>J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| Overall Number of Participants Analyzed | 55 |
| Mean (Standard Deviation) Unit of Measure: days | |
| | 8.5  (2.5) |

12.  <mark>Other Pre-specified Outcome</mark>

| Title | Study Subject - Pain/Discomfort Daily 10-point Visual Analog Scale (VAS) Pre-procedure, Post-procedure, and Daily Through the 10 Day Follow-up Visit (10d FUV Visit Window: 9-14 Days) |
|---|---|
| ▼ Description | Daily 10-point Visual Analog Scale (VAS) pain assessments following treatment through the 10 day follow-up visit by diary day with a change from the VAS pain score at baseline. The 10 day follow-up visit window was 9-14 days. Not all participants recorded their VAS score every day on the daily diary; daily diary was collected from each participant at their 10 day follow-up visit (visit window: 9-14 days). |
| Time Frame | Pre-procedure, post-procedure and Daily through 10 Day Follow-up Visit, approximately 9-14 days |

▼ Outcome Measure Data

▼ Analysis Population Description

Pain scores on the Visual Analog Scale (VAS) were recorded on a daily diary and analyzed out to the 10 day follow-up visit, with a visit window of 9-14 days. Not all participants recorded a VAS score for each day on the daily diary. Participants' diaries were

The Use of J-Plasma® for Dermal Resurfacing - Study Results - ClinicalTrials.gov

collected at their 10 day follow-up visit.

| | Arm/Group Title | J-Plasma |
|---|---|---|
| | ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. |
| | Overall Number of Participants Analyzed | 55 |
| | Mean (Standard Deviation) Unit of Measure: score on a scale | |
| Pre-procedure 10-point Visual Analog Scale (VAS) | Number Analyzed | 55 participants |
| | | 0.1  (0.4) |
| Immediately Post-Procedure 10-point Visual Analog | Number Analyzed | 55 participants |
| | | 4.3  (2.6) |
| Day 0 10-point Visual Analog Scale (VAS) | Number Analyzed | 54 participants |
| | | 3.7  (3.2) |
| Day 1 10-point Visual Analog Scale (VAS) | Number Analyzed | 54 participants |
| | | 2.6  (2.6) |
| Day 2 10-point Visual Analog Scale (VAS) | Number Analyzed | 52 participants |
| | | 2.9  (2.4) |
| Day 3 10-point Visual Analog Scale (VAS) | Number Analyzed | 53 participants |
| | | 2.7  (2.2) |
| Day 4 10-point Visual Analog Scale | Number Analyzed | 53 participants |

The Use of J-Plasma® for Dermal Resurfacing - Study Results - ClinicalTrials.gov

| | | |
|---|---|---|
| (VAS) | | 3.1  (2.5) |
| Day 5 10-point Visual Analog Scale (VAS) | Number Analyzed | 52 participants |
| | | 3.1  (2.6) |
| Day 6 10-point Visual Analog Scale (VAS) | Number Analyzed | 52 participants |
| | | 2.8  (2.6) |
| Day 7 10-point Visual Analog Scale (VAS) | Number Analyzed | 51 participants |
| | | 2.4  (2.2) |
| Day 8 10-point Visual Analog Scale (VAS) | Number Analyzed | 52 participants |
| | | 2.1  (2.2) |
| Day 9 10-point Visual Analog Scale (VAS) | Number Analyzed | 50 participants |
| | | 1.9  (2.3) |
| Day 10 10-point Visual Analog Scale (VAS) | Number Analyzed | 42 participants |
| | | 1.6  (2.4) |
| Day 11 10-point Visual Analog Scale (VAS) | Number Analyzed | 26 participants |
| | | 1.6  (2.5) |
| Day 12 10-point Visual Analog Scale (VAS) | Number Analyzed | 17 participants |
| | | 1.4  (2.7) |
| Day 13 10-point Visual Analog Scale (VAS) | Number Analyzed | 12 participants |
| | | 1.3  (2.5) |
| Day 14 10-point | Number Analyzed | 6 participants |

| Visual Analog Scale (VAS) | 1.8 (3.6) |
|---|---|

13. **Other Pre-specified Outcome**

| Title | Proportion of Subjects With Correct Identification of 3-month Images |
|---|---|
| ▼ Description | The proportion of subjects (i.e. percentage of treatment responders) with correct identification of 3-month images, in comparison to baseline, as determined by at least 2 out of 3 blinded Independent Photographic Reviewers. |
| Time Frame | Baseline to 3 months |

▼ Outcome Measure Data

▼ Analysis Population Description

[Not Specified]

| Arm/Group Title | J-Plasma | |
|---|---|---|
| ▼ Arm/Group Description: | Each study subject received one procedure with J-Plasma at enrollment. J-Plasma: Dermal resurfacing procedure with J-Plasma. | |
| Overall Number of Participants Analyzed | 55 | |
| Measure Type: Count of Participants Unit of Measure: Participants | | |
| | 54 | 98.2% |

The Use of J-Plasma® for Dermal Resurfacing - Study Results - ClinicalTrials.gov

## Adverse Events

Go to ▼

| | |
|---|---|
| Time Frame | Through 6 month follow-up visit for all enrolled subjects. |
| Adverse Event Reporting Description | [Not Specified] |

| | |
|---|---|
| Arm/Group Title | J-Plasma |
| ▼ Arm/Group Description | Each study subject received one procedure with J-Plasma at enrollment. <br><br> J-Plasma: Dermal resurfacing procedure with J-Plasma. |

### All-Cause Mortality ⓘ

| | J-Plasma | |
|---|---|---|
| | Affected / at Risk (%) | |
| Total | 0/55 (0.00%) | |

### ▼ Serious Adverse Events ⓘ

| | J-Plasma | |
|---|---|---|
| | Affected / at Risk (%) | # Events |
| Total | 0/55 (0.00%) | |

### ▼ Other (Not Including Serious) Adverse Events ⓘ

| Frequency Threshold for Reporting Other Adverse Events | 5% | |
|---|---|---|
| | J-Plasma | |
| | Affected / at Risk (%) | # Events |
| Total | 39/55 (70.91%) | |
| Skin and subcutaneous tissue disorders | | |
| Acne † | 5/55 (9.09%) | 5 |

| | | |
|---|---|---|
| Hypersensitivity to the treatment (resulting in erythema, swelling, induration, and/or urticaria) † | 26/55 (47.27%) | 29 |
| Itching † | 4/55 (7.27%) | 4 |
| Pain † | 3/55 (5.45%) | 3 |
| Post-inflammatory hyperpigmentation † | 8/55 (14.55%) | 8 |
| Prolonged wound healing † | 4/55 (7.27%) | 4 |
| Sensitivity to topical care † | 3/55 (5.45%) | 3 |
| †  Indicates events were collected by systematic assessment | | |

## Limitations and Caveats

Go to ▼

[Not Specified]

## More Information

Go to ▼

### Certain Agreements ⓘ

Principal Investigators are NOT employed by the organization sponsoring the study.

There is NOT an agreement between Principal Investigators and the Sponsor (or its agents) that restricts the PI's rights to discuss or publish trial results after the trial is completed.

### Results Point of Contact

| | |
|---|---|
| Name/Title: | Shawn Roman/Vice President of Research and Development |
| Organization: | Apyx Medical (formerly Bovie Medical Corporation) |
| Phone: | 1-727-384-2323 |
| EMail: | shawn.roman@apyxmedical.com |

| | |
|---|---|
| Responsible Party: | Apyx Medical (formerly Bovie Medical Corp.) |
| ClinicalTrials.gov Identifier: | NCT03286283    History of Changes |
| Other Study ID Numbers: | VP-1558 |

9/26/2019                                    The Use of J-Plasma® for Dermal Resurfacing - Study Results - ClinicalTrials.gov

| | |
|---|---|
| First Submitted: | September 15, 2017 |
| First Posted: | September 18, 2017 |
| Results First Submitted: | May 28, 2019 |
| Results First Posted: | August 7, 2019 |
| Last Update Posted: | August 7, 2019 |