**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KYLE PRITCHARD, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

v.                                Case No.  8:19-cv-00919-SCB-AEP

APYX MEDICAL CORPORATION f/k/a/
BOVIE MEDICAL CORPORATION, and
CHARLES D. GOODWIN,

     Defendants.

_____/

**DEFENDANTS APYX MEDICAL CORPORATION AND CHARLES D. GOODWIN'S
MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION
TO DISMISS AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rule 3.01(c), Defendants Apyx Medical Corporation and Charles D. Goodwin respectfully seek leave to file a reply, not to exceed seven (7) pages, in support of their Motion to Dismiss (ECF Doc. No. 30) within ten (10) days of the date of the Court's order on this motion.  Although shown an advance copy of this Motion, Plaintiffs do not consent to Defendants' request for leave.  Defendants note that previously, the parties submitted a Joint Motion to Set Pleading Deadlines and [Proposed] Order that provided Defendants with a reply.  See ECF Doc. Nos. 13, 13-1.

If leave is granted, Defendants seek to:

1.      Address Plaintiffs' arguments concerning incorporation by reference and judicial notice, and Plaintiffs' related statements of the law, pertaining to Exhibit 7 attached to Defendants' Motion to Dismiss.  Defendants' motion to dismiss did not anticipate that such arguments would be made.

120133462.4

2.      Address Plaintiffs' responding arguments on the issues of allegedly misleading statements and omissions, non-actionable opinions, and scienter, including analysis of the non-binding authority that Plaintiff has cited and providing the appropriate context from controlling Eleventh Circuit case law.

Because these issues are newly arisen in Plaintiffs' Opposition to the motion to dismiss, and Defendants did not previously have an opportunity to address them, Defendants request leave to file a reply, not to exceed seven (7) pages, directed to these issues.  Defendants request leave to do so within ten (10) days of an order granting this motion.

Dated: November 6, 2019

*/s/ John E. Clabby*
Gary L. Sasso
Florida Bar Number 622575
John E. Clabby
Florida Bar Number 113664
**CARLTON FIELDS, P.A.**
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., Suite 1000 (33607)
Post Office Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Email:  gsasso@carltonfields.com
       jclabby@carltonfields.com

*and*

Meredith Kotler (*pro hac vice*)
**FRESHFIELDS BRUCKHAUS
    DERINGER LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: meredith.kotler@freshfields.com

*Counsel for Defendants*

2

120133462.4

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), the undersigned certifies that, after conferral, Plaintiffs would consent to the relief requested in this motion only if the motion were revised to provide leave both for Defendants to file a reply and also Plaintiffs to file a sur-reply directed to the motion to dismiss.  As conveyed to Plaintiffs, Defendants prefer that each side file their respective requests for leave separately.  In addition, Plaintiffs would consent to the leave requested only if Defendants first shared a copy of the reply they seek leave to file.  This motion, however, seeks leave to file the reply within 10 days after any Court order granting leave.  During the conferral process, Defendants noted for Plaintiffs' counsel that Plaintiffs had previously filed a Joint Motion to Set Pleading Deadlines and [Proposed] Order that provided for Defendants to file a reply on their motion to dismiss.

*/s/ John E. Clabby*
John E. Clabby

3

120133462.4