UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,<br><br>Defendants. | Case No. 8:19-cv-00919-SCB-AEP<br><br>**JOINT STATUS REPORT AND <u>NOTICE OF SETTLEMENT</u>** |

Pursuant to this Court's Endorsed Order, dated Mar. 30, 2020 (Dkt. No. 44), and Local Rule 3.08, Lead Plaintiff Gregory P. Mouton and plaintiff Kyle Pritchard (together, "Plaintiffs") and Defendants Apyx Medical Corporation and Charles D. Goodwin ("Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby notify the Court that they have reached an agreement-in-principle to resolve this matter.  The Parties have agreed to the material terms of a binding and enforceable agreement to fully, finally, and forever resolve this matter, subject to preliminary and final court approval, including certification of a proposed class solely for purposes of settlement.

The Parties anticipate executing a formal stipulation of settlement within 21 days.  Once finalized, the stipulation of settlement and related settlement materials, including the proposed notice to the settlement class, will be submitted for court approval.

The Parties therefore respectfully request that the Court stay all pretrial proceedings and provide the parties with 28 days to file a comprehensive written stipulation of settlement, together with a motion for preliminary approval thereof.

Dated: June 12, 2020

Respectfully submitted,

<div style="display: flex;">

*/s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler (*pro hac vice*)
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
　　　　csadler@glancylaw.com
　　　　prajesh@glancylaw.com

*Attorneys for Plaintiffs and Lead Counsel for the Class*

and

Leo W. Desmond, Esquire
Florida Bar Number 0041920
**DESMOND LAW FIRM, P.C.**
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: (772) 231-9600
Facsimile: (772) 231-0300
Email: lwd@desmondlawfirm.com

*Liaison Counsel for the Class*

*/s/ John E. Clabby*
Gary L. Sasso
Florida Bar Number 622575
John E. Clabby
Florida Bar Number 113664
**CARLTON FIELDS, P.A.**
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., Suite 1000 (33607)
Post Office Box 3239
Tampa, Florida
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Email: gsasso@carltonfields.com
　　　　jclabby@carltonfields.com

and

Meredith Kotler (*pro hac vice*)
Marques Tracy (*pro hac vice*)
**FRESHFIELDS BRUCKHAUS　DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: meredith.kotler@freshfields.com
　　　　marques.tracy@freshfields.com

*Counsel for Defendants*

</div>

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 12, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Middle District of Florida, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 12, 2020.

<div style="text-align: right;">
<u>*s/ Casey E. Sadler*</u>
Casey E. Sadler
</div>