UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,<br><br>    Defendants. | Case No. 8:19-cv-00919-SCB-AEP<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION TO REOPEN CASE AND FOR:
(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;
(II) CERTIFICATION OF THE SETTLEMENT CLASS; AND
<u>(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS</u>**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated July 9, 2020 (the "Stipulation"),[1] the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff Gregory P. Mouton and plaintiff Kyle Pritchard (collectively, "Plaintiffs") respectfully submit this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the proposed the Settlement of the Action provides for the payment of $3 million to resolve this class action against all Defendants [2]; (ii) certifying the Settlement Class; (iii) approving the form and manner of giving notice to the Settlement Class Members; and (iv) scheduling a Settlement Hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and litigation expenses. Defendants do not oppose this motion.[3]

Pursuant to ECF No. 52, the Parties also respectfully request that the Court re-open the action so that the Court may review, oversee and approve the notice process and agreed-upon Settlement.

A [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is at attached to the Stipulation as Exhibit A.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation or the Declaration of Casey E. Sadler in Support of Plaintiffs' Unopposed Motion to Reopen Case and for: (I) Preliminary Approval of Class Action Settlement: (II) Certification of the Settlement Class: and (III) Approval of Notice to the Settlement Class ("Sadler Declaration"), filed concurrently herewith. A true and correct copy of the Stipulation and its exhibits are altogether attached as Exhibit 1 to the Sadler Declaration.

[2] Defendants are Apyx Medical Corporation ("Apyx") and Apyx's Chief Executive Officer, Charles D. Goodwin ("Goodwin" or the "Individual Defendant") and are referred to collectively with Plaintiffs as the "Parties".

[3] Counsel for Plaintiffs conferred with counsel for the Defendants. Defendants do not adopt all the arguments and positions taken in this Motion, but they do not oppose the relief sought.

Dated: July 10, 2020                  Respectfully submitted,


*/s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler (*pro hac vice*)
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
         csadler@glancylaw.com
         prajesh@glancylaw.com

*Lead Counsel for the Settlement Class*

*-and-*

Leo W. Desmond, Esquire
Florida Bar Number 0041920
**DESMOND LAW FIRM, P.C.**
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: (772) 231-9600
Facsimile: (772) 231-0300
Email: lwd@desmondlawfirm.com

*Liaison Counsel for the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that on July 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated: July 10, 2020

*/s/ Casey E. Sadler*
Casey E. Sadler