## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KYLE PRITCHARD, Individually and
on Behalf of All Others Similarly
Situated,

        Plaintiff,

   v.

APYX MEDICAL CORPORATION f/k/a
BOVIE MEDICAL CORPORATION,
and CHARLES D. GOODWIN,

        Defendants.

Case No. 8:19-cv-00919-SCB-AEP

CLASS ACTION

**DECLARATION OF CASEY E. SADLER IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION TO REOPEN CASE AND FOR:
(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;
(II) CERTIFICATION OF THE SETTLEMENT CLASS; AND
(III) APPROVAL OF NOTICE OF THE SETTLEMENT**

I, Casey E. Sadler, hereby declare and state as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in the above-captioned action (the "Action"). I am a partner in the law firm of Glancy Prongay & Murray LLP, the Court-appointed Lead Counsel in the Action. I make this Declaration in support of Plaintiffs' Unopposed Motion to Reopen Case and for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of the Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the fully executed Stipulation and Agreement of Settlement, dated July 9, 2020, along with the related exhibits.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from a report by Cornerstone Research, titled "Securities Class Action Settlements, 2019 Review and Analysis."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 10th day of July, 2020, at Los Angeles, California.

 *s/ Casey E. Sadler*
Casey E. Sadler

1

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2020, a copy of this document was served on all counsel of record by operation of the Court's electronic filing system.

  *s/ Casey E. Sadler*
Casey E. Sadler