# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,<br><br>    Defendants. | Case No. 8:19-cv-00919-SCB-AEP<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Lead Plaintiff Gregory P. Mouton and plaintiff Kyle Pritchard (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class, respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (1) granting final approval of the proposed Settlement; and (2) approving the proposed Plan of Allocation.

In support of their motion, Plaintiffs submit and are filing herewith: (1) the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; (2) the Declaration of Casey E. Sadler in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (3) the Declaration of Josephine Bravata; (4) the Declaration of Gregory P. Mouton; and (5) the Declaration of Kyle Pritchard.

Pursuant to LR 3.01(g), Lead Counsel conferred with counsel for Defendants. Defendants stated they do not oppose this motion. The deadline for receipt of any Settlement Class Member objection to either the proposed Settlement or the proposed Plan of Allocation is October 16, 2020.

Dated: October 2, 2020                          Respectfully submitted,

                                                /s/ Casey E. Sadler
                                                Robert V. Prongay
                                                Casey E. Sadler (*pro hac vice*)
                                                Joseph D. Cohen (*pro hac vice*)
                                                **GLANCY PRONGAY & MURRAY**
                                                1925 Century Park East, Suite 2100
                                                Los Angeles, California 90067
                                                Telephone: (310) 201-9150
                                                Facsimile: (310) 201-9160

1

Email: rprongay@glancylaw.com
csadler@glancylaw.com
jcohen@glancylaw.com

*Lead Counsel for the Settlement Class*

*-and-*

Leo W. Desmond, Esquire
Florida Bar Number 0041920
**DESMOND LAW FIRM, P.C.**
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: (772) 231-9600
Facsimile: (772) 231-0300
Email: lwd@desmondlawfirm.com

*Liaison Counsel for the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated:  October 2, 2020

>  */s/ Casey E. Sadler*
>  Casey E. Sadler