# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,<br><br>    Defendants. | Case No. 8:19-cv-00919-SCB-AEP<br><br>CLASS ACTION |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF LITIGATION EXPENSES</u>**

Court-appointed Lead Counsel Glancy Prongay & Murray LLP respectfully move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for entry of an order: (1) awarding attorneys' fees; (2) approving reimbursement of litigation expenses incurred by Plaintiffs' Counsel; and (3) awarding costs and expenses (including lost wages) to Lead Plaintiff Gregory P. Mouton and plaintiff Kyle Pritchard pursuant to the Private Securities Litigation Reform Act of 1995.[1]

In support of Lead Counsel's motion, Lead Counsel submit and are filing herewith: (1) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (2) the Declaration of Casey E. Sadler in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (3) the Declaration of Josephine Bravata; (4) the Declaration of Gregory P. Mouton; (5) the Declaration of Kyle Pritchard; and (6) the Declaration of Liaison Counsel.

Pursuant to LR 3.01(g), Lead Counsel conferred with counsel for Defendants. Defendants stated they take no position on this motion. The deadline for receipt of any Settlement Class Member objection to Lead Counsel's request for an award of attorneys' fees and reimbursement of Litigation Expenses is October 16, 2020.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 9, 2020 (ECF No. 55-1).

Dated: October 2, 2020							Respectfully submitted,


											/s/ Casey E. Sadler
											Robert V. Prongay
											Casey E. Sadler (*pro hac vice*)
											Joseph D. Cohen (*pro hac vice*)
											**GLANCY PRONGAY & MURRAY**
											1925 Century Park East, Suite 2100
											Los Angeles, California 90067
											Telephone: (310) 201-9150
											Facsimile: (310) 201-9160
											Email: rprongay@glancylaw.com
													csadler@glancylaw.com
													jcohen@glancylaw.com

											*Lead Counsel for the Settlement Class*

											-and-

											Leo W. Desmond, Esquire
											Florida Bar Number 0041920
											**DESMOND LAW FIRM, P.C.**
											5070 Highway A1A, Suite D
											Vero Beach, Florida 32963
											Telephone: (772) 231-9600
											Facsimile: (772) 231-0300
											Email: lwd@desmondlawfirm.com

											*Liaison Counsel for the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated:  October 2, 2020

>*/s/ Casey E. Sadler*
>Casey E. Sadler