# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN, <br><br> Defendants. | Case No. 8:19-cv-00919-SCB-AEP <br><br> Honorable Susan C. Bucklew |

**DECLARATION OF GREGORY P. MOUTON IN SUPPORT OF:
(I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND PLAN OF ALLOCATION; AND
(II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF LITIGATION EXPENSES**

I, Gregory P. Mouton, declare as follows:

1.      I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1]  *See* ECF No. 12.  I respectfully submit this Declaration in support of: (a) Plaintiffs' motion for final approval of the class action Settlement and Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 9, 2020 (ECF No. 55-1).

2.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(4).  I have personal knowledge of the matters set forth in this Declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.      LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.      I have been actively involved in the prosecution of this case since I moved to serve as Lead Plaintiff in the Action on June 17, 2019.  ECF Nos. 5-6.  On July 16, 2019, the Court appointed me to serve as the Lead Plaintiff.  ECF No. 12.

4.      In fulfillment of my responsibilities as Lead Plaintiff on behalf of all class members in this Action, I have worked closely with Lead Counsel Glancy Prongay & Murray LLP ("GPM") regarding all aspects of the litigation and resolution of this case.

5.      Throughout the litigation, I received periodic status reports from GPM on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement.  In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case; (b) reviewed all significant pleadings and briefs filed in the Action; (c) reviewed Court orders and discussed them with my attorneys; (d) collected and produced documents to my attorneys; (e) consulted with my attorneys regarding the settlement negotiations; and (f) evaluated and approved the proposed Settlement.

## II.      APPROVAL OF THE SETTLEMENT

6.      Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation.  Before and during the mediation process presided over

by mediator Jed Melnick, Esq., I conferred with my attorneys regarding the parties' respective positions, as well as settlement of the Action.

7. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

## III. LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

8. I believe that Lead Counsel's request for an award of attorneys' fees is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. I have evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and I have approved Lead Counsel's fee request for the Court's ultimate determination.

9. I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result in the most cost efficient manner, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

10. I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Lead Counsel's request for reimbursement of litigation expenses, I am seeking reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

3

DocuSign Envelope ID: F8088E15-859B-4034-AB0A-0042765A4C23

11.    I devoted significant time representing the Settlement Class in this Action, which was time that I otherwise would have engaged on other activities and, thus, represented a cost to me.  I am respectfully requesting reimbursement in the amount of $7,500 for the time I devoted to participating in this Action.  It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class.

## IV.    CONCLUSION

12.    In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate, and believe that the Settlement represents a significant recovery for the Settlement Class under the circumstances.  I appreciate the Court's attention to the facts presented in my Declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the class action Settlement and Plan of Allocation; (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 10/1/2020 _____ in Denham Spring, Louisiana.

DocuSigned by:

Gregory Mouton

19C93B41F9AA482...

Gregory P. Mouton

4