# EXHIBIT 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,<br><br>Defendants. | Case No. 8:19-cv-00919-SCB-AEP<br><br>Honorable Susan C. Bucklew |

**DECLARATION OF LEO W. DESMOND, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF THE DESMOND LAW FIRM, P.C.**

I, LEO W. DESMOND, declare as follows:

1.      I am a partner at the Desmond Law Firm, P.C. (the "Desmond Law Firm").[1]  The Desmond Law Firm was appointed liaison counsel in the above-captioned action (the "Action"). *See* ECF No. 12.  I submit this declaration in support of Lead Counsel's application on behalf of all Plaintiffs' Counsel for an award of attorneys' fees in connection with services rendered in the Action, as well as for reimbursement of litigation expenses incurred in connection with the Action. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      The Desmond Law Firm served as liaison counsel in the Action.  In this capacity, the Desmond Law Firm, among other things, reviewed and commented on draft pleadings,

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 9, 2020 (ECF No. 55-1).

facilitated certain filings with the Court, and provided strategic advice regarding, and ensured that Lead Counsel complied with, local rules, customs, and practices.

3.     The schedule attached hereto as Exhibit A is a detailed summary indicating the amount of time spent by me from inception of the Action through date of this declaration and my lodestar calculation based on my current billing rates. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by me. I believe that the time I spent on this Action, as reflected in Exhibit A, was reasonable and necessary for the effective and efficient prosecution and resolution of the Action. No time expended on the application for fees and reimbursement of expenses has been included.

4.     The hourly rate included in Exhibit A is the rate I typically charge my fee paying clients and is consistent with the rates approved by courts in other securities or shareholder litigation.

5.     The total number of hours reflected in Exhibit A is 10.6 hours. The total lodestar reflected in Exhibit A is $4,770.00.

6.     My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.     As detailed in Exhibit B, my firm is seeking reimbursement of a total of $400.00 in expenses incurred in connection with the prosecution of this Action.

8.     The litigation expenses incurred in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred. The expenses reflected in Exhibit B are the expenses actually incurred by my firm

2

9.    Attached hereto as Exhibit C is a brief biography of the Desmond Law Firm.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed on this September 24, 2020, in Vero Beach, Florida.

/s/ Leo W. Desmond
Leo W. Desmond

3

## EXHIBIT A

*Pritchard v. APYX Medical Corporation, et al.*
Case No. 8:19-cv-00919-SCB-AEP

## THE DESMOND LAW FIRM

## TIME REPORT

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| Leo W. Desmond | 10.6 | $450.00 | $4,770.00 |

4

# EXHIBIT B

*Pritchard v. APYX Medical Corporation, et al.*
Case No. 8:19-cv-00919-SCB-AEP

## THE DESMOND LAW FIRM

### EXPENSE REPORT

| CATEGORY | AMOUNT |
|---|---|
| Court Filing Fees | $400.00 |
|  |  |
| **TOTAL EXPENSES:** | **$400.00** |

5

**EXHIBIT C**

# DESMOND LAW FIRM, P.C.
### 5070 HIGHWAY A1A
### SUITE D
### VERO BEACH, FLORIDA 32963

Leo W. Desmond has been representing victimized consumers since 1995. The firm's practice areas include securities class actions, antitrust class actions, and consumer class actions, including several privacy class actions and class actions brought under the Fair Debt Collection Practices Act. The firm's practice is nationwide.

Representative Class Actions:

- *Karabedian v. Westbridge Capital Corp.:* Securities Class Action.

- *In RE Visa Check/MasterMoney Antirust Litigation*: Class Action Violation of Federal Antitrust Statute Related to Product Tying Arrangement.

- *Iyamu v. Clairfeld, et al*.: Class Action for Violation of the Fair Debt Collection Practices Act.

- *Benkert v. FIA Card Services*: Violation of Florida Call Recording Statute.

- *Benkert v. Capitol One*, NA: Violation of Florida Call Recording Statute.

# Leo W. Desmond

## Practice Experience

- Leo W. Desmond has a diverse litigation practice, with his primary focus representing plaintiffs who have suffered economic injuries due to violations of federal and/or state consumer law statutes. He handles matters at both the trial and appellate levels, and is available for both trial and appellate support. He has represented individuals and various corporate clients in a wide-variety of complex commercial cases.
- Leo W. Desmond has been a class counsel in over 150 securities class actions since founding The Law Office of Leo W. Desmond in 1995. He has experience litigating against large corporations based in the United States.

6

1.    Areas of Practice

- Securities Class Actions
- Fair Debt Collection Practice Act Class Actions
- Recording/Wiretap Class Actions
- Commercial Litigation

2.    Bar Admissions

- Florida
- New York
- New Jersey
- Colorado
- U.S. District Court for the District of New Jersey
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the District of Colorado
- U.S. District Court Middle District of Florida
- U.S. District Court Southern District of Florida
- U.S. Bankruptcy Court Middle District of Florida
- U.S. Bankruptcy Court Southern Florida
- U.S. Court of Appeals for the 1st Circuit
- U.S. Court of Appeals for the 2nd Circuit
- U.S. Court of Appeals for the 3rd Circuit
- U.S. Court of Appeals for the 11th Circuit

3.    Education

- **New York Law School, New York, New York**
  - J.D. - 1994
- **Fordham University, New York, New York**
  - M.B.A. – 1988
- **Rollins College, Winter Park, Florida**
  - B.A. – 1980

## Publications

DETERMINING EXCESSIVE TRADING IN OPTION ACCOUNTS: A SYNTHETIC VALUATION APPROACH, Dayton Law Review, Fall 1997, 23 Dayton L. Rev. 15

7