# EXHIBIT 7

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Pomerantz LLP | Pirnik v. Fiat Chrysler et al., No. 1:15-cv-07199 | (S.D.N.Y.) (Sept. 2019) (Dkt. No. 361) | $450 - $600 | $750 - $950 |
| | In Re Yahoo! Inc. Securities Litigation, No. 17-cv-00373-LHK | (N.D. Cal.) (Aug. 2018) (Dkt. No. 108) | $350 - $705 | $725 - $925 |
| | In re Petrobras Securities Litigation, No. 14-cv-9662 (JSR) | (S.D.N.Y.) (Apr. 2018) (Dkt. No. 789-16) | $300 - $765 | $700 - $1,000 |
| Robbins Geller Rudman & Dowd LLP | David N. Zimmerman vs. Diplomat Pharmacy, Inc., et al., No. 2:16-cv-14005-AC-SDD | (E.D. Mich.) (July 2019) (Dkt. No. 70) | $400 - $1,030 | $800 - $1,250 |
| Keker, Van Nest & Peters LLP | OpenGov, Inc. v. GTY Technology Holdings Inc. et al, No. 3:18-cv-07198-JSC | (N.D. Cal.) (Mar. 2019) (Dkt. No. 40-1) | $775 - $1,075 ("Of Counsel" rates) | $700 - $1,500 |
| | Osuegbu v. AMN Healthcare, Inc., et al., No. 3:16-cv-02816-JCS | (N.D. Cal.) (Feb. 2019) (Dkt. No. 162-4) | $340 - $500 ("2017 Rates") | $525 - $975 ("2017 Rates") |
| | (PC) Jewett v. California Forensic Medical Group et al., No. 2:13-cv-00882-MCE-AC | (E.D. Cal.) (Apr. 2018) (Dkt. No. 135-1) | $500 - $600 | $875 (Same rate listed for two partners) |
| Motley Rice LLC | In re Investment Technology Group, Inc. Securities Litigation, No. 15-cv-06369 | (S.D.N.Y.) (Jan. 2019) (Dkt. No. 119) | $300 - $750 | $775 - $1,050 |
| Cohen Milstein Sellers & Toll, PLLC | In re Ability, Inc. Securities Litigation, No. 1:16-cv-03893-VM | (S.D.N.Y.) (Aug. 2018) (Dkt. No. 89-4) | $530 (Only one rate listed) | $630 - $900 |
| | In re ITT Educational Services, Inc. Securities Litigation, No. 1:13-cv-01620-JPO-JLC | (S.D.N.Y.) (Feb. 2016) (Dkt. No. 88) | $420 - $550 | $530 - $915 |
| Bernstein Litowitz Berger & Grossman LLP | In re Allergan, Inc. Proxy Violation Securities Litigation, No. 8:14-cv-02004-DOC-KESx | (C.D. Cal.) (Apr. 2018) (Dkt. No. 619-4) | $340 - $750 | $750 - $1,250 |

*Listed in order of filing date.

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Kessler Topaz Meltzer & Check, LLP | In re Allergan, Inc. Proxy Violation Securities Litigation, No. 8:14-cv-02004-DOC-KESx | (C.D. Cal.) (Apr. 2018) (Dkt. No. 619-5) | $350 - $675 | $550 - $850 |
| | In re JPMorgan Chase & Co. Securities Litigation, 1:12-cv-03852-GBD | (S.D.N.Y.) (Apr. 2016) (Dkt. No. 206-8) | $350 - $650 | $675 - $850 |
| Grant & Eisenhofer P.A. | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-17) | $325 - $720 | $850 - $925 |
| Hausfeld LLP | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-3) | $350 - $500 | $630 - $1,375 |
| Labaton Sucharow LLP | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-6) | $335 - $775 | $875 - $950 |
| Scott+Scott, Attorneys at Law, LLP | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-2) | $400 - $710 | $775 - $995 |
| Boies, Schiller & Flexner LLP | Erica P John Fund Inc et al v. Halliburton Company et al, No. 3:02-cv-01152-M | (N.D. Tex.) (July 2017) (Dkt. No. 819) | $170 - $870 | $350 - $1,650 |
| Lieff Cabraser Heimann & Bernstein, LLP | In re Volkswagen "Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation, No. 15-md-02672 | (N.D. Cal.) (Nov. 2016) (Dkt. No. 2175-1) | $150 - $790 | $275 - $1,600 |
| Bleichmar Fonti & Auld LLP | In re Genworth Financial, Inc. Securities Litigation, No. 14-cv-00682-JAG-RCY | (E.D. Va.) (Jun. 2016) (Dkt. No. 208-1) | $335 - $640 | $740 - $880 |
| Quinn Emanuel Urquhart & Sullivan, LLP | In re Credit Default Swaps Antitrust Litigation, No. 13-md-2476 (DLC) | (S.D.N.Y.) (Jan. 2016) (Dkt. No. 482) | $411 - $714 | $834 - $1,125 |
| Capstone Law APC | Irene Fernandez v. Home Depot USA Inc, 13-cv-00648-DOC-RNB | (C.D. Cal.) (Oct. 2015) (Dkt. No. 50-1) | $370 - $695 | N/A |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | In re LATAM Airlines Group S.A., *et al .*, Debtors, No. 20-11254 (JLG) | (Bankr. S.D.N.Y.) (Aug. 2020) (Dkt. No. 967) | Counsel / Senior Attorneys: $1,130 - $1,215<br><br>Associates: $770 - $955 (first-year associates: $565 - $670)<br><br>Staff / Project Attorneys: $420 - $495 | $1,065 - $1,525 |
| | In re Nortel Networks Inc., *et al .*, Wind-Down Debtors and Debtor-In-Possession, No. 09-10138 (KG) | (Bankr. D. Del.) (Nov. 2019) (Dkt. No. 18778) | Senior Attorney: $1,075 (Only one rate listed)<br><br>Associates: $535 - $900 | $1,395 (Only one rate listed) |
| Sidley Austin LLP | In re Boy Scouts of America and Delaware BSA, LLC, Debtors, No. 20-10343 (LSS) | (Bankr. D. Del.) (Jun. 2020) (Dkt. No. 760) | Counsel: $925 - $1,000<br><br>Associates: $570 - $955 ($550 for Associate pending Admission) | $1,100 - $1,375 |
| | In re Borden Dairy Company, *et al.,* Debtors, No. 20-10010 (CSS) | (Bankr. D. Del.) (Feb. 2020) (Dkt. No. 264) | Senior Counsel and Counsel: $775 - $1,750<br><br>Associates: $570 - $960<br><br>Paraprofessionals: $250 - $470 | $1,000 - $1,800 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | In re True Religion Apparel Inc., *et al.* , Debtors, No. 20-10941 (CSS) | (Bankr. D. Del.) (May 2020) (Dkt. No. 216) | Senior Counsel & Counsel: $735 - $1,510<br><br>Associates: $535 - $960 | $995 - $1,995 |
| | In re Purdue Pharma L.P., *et al.,* Debtors, No. 19-23649 (RDD) | (Bankr. S.D.N.Y.) (Mar. 2020) (Dkt. No. 947) | Senior Counsel & Counsel: $850 - $1,110<br><br>Associates: $535 - $810<br><br>Staff Attorneys & Paraprofessional: $205 - $625 ("2020 Rate") | $1,075 - $1,655 ("2020 Rate") |
| Freshfields Bruckhaus Deringer LLP | In re Expro Holdings US Inc., *et al* ., Debtors, No. 17-60179 (DRJ) | (Bankr. S.D. Tex.) (Dec. 2017) (Dkt. No. 154) | Counsel: $1,065 (Only one rate listed)<br><br>Associates: $545 - $965 | $1,165 - $1,250 |
| Vinson & Elkins LLP | In re Cloud Peak Energy Inc., *et al.,* Debtors, No. 19-11047 (KG) | (Bankr. D. Del.) (Sept. 2019) (Dkt. No. 663) | Counsel: $1,010 - $1,070<br><br>Associates: $525 - $1,065 | $1,070 - $1,550 |
| | In re Taco Bueno Restaurants, Inc., *et al.,* Reorganized Debtors, No. 18-33678 | (Bankr. N.D. Tex.) (Feb. 2019) (Dkt. No. 308) | Counsel*: $830 - $915<br><br>Associates*: $450 - $945 *10% discount later applied | $945 - $1,280*<br><br>*10% discount later applied |
| | In re HGIM Holdings, LLC, *et al.,* Reorganized Debtors, No. 18-31080 (DRJ) | (Bankr. S.D. Tex.) (Aug. 2018) (Dkt. No. 257) | $490 - $875 | $1,070 - $1,150 |

*Listed in order of filing date.                                                                 Page 4 of 7

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Ropes & Gray LLP | In re Weatherford International plc, *et al.*, Debtors, No. 19-33694 (DRJ) | (Bankr. S.D. Tex.) (Aug. 2019) (Dkt. No. 276) | $580 - $1,050 | $1,150 - $1,520 |
| Jones Day | In re Bestwall LLC, Debtor, No. 17-31795 (LTB) | (Bankr. W.D.N.C.) (July 2019) (Dkt. No. 903) | $450 - $950 | $1,025 - $1,200 |
|  | In re Caesars Entertainment Operating Company, Inc., et al., Debtors, No. 15-01145 (ABG) | (Bankr. N.D. Ill.) (Nov. 2017) (Dkt. No. 7625-4) | Of Counsel*: $700 - $1,000 Associates*: $325 - $850 *not including "adjustments" | $800 - $1,125* *not including "adjustments" |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | In re Hexion Topco, LLC, Reorganized Debtors, No. 19-10684 (KG) | (Bankr. D. Del.) (July 2019) (Dkt. No. 1093) | $640 - $1,125 | $1,165 - $1,560 |
|  | In re Sears Holdings Corporation, *et al.*, Debtors, No. 18-23538 (RDD) | (Bankr. S.D.N.Y.) (Apr. 2019) (Dkt. No. 3207) | $640 - $1,160 (associates and counsel) | $1,165 - $1,560 |
| Milbank LLP | In re PG&E Corporation and Pacific Gas and Electric Company, Debtors, No. 19-30088 (DM) | (N.D. Cal.) (July 2019) (Dkt. No. 3117) | $843 - $1,076 (Blended Associate - Counsel rates, billed Feb - May 2019) | $1,479 (Blended Partner rate, billed Feb - May 2019) |
|  | In re Gymboree Group, Inc., *et al.*, Debtors, No. 19-30258 (KLP) | (Bankr. E.D. Va.) (Jan. 2019) (Dkt. No. 163) | $450 - $1,315 (Milbank U.S. "standard" range) | $1,155 - $1,540 (Milbank U.S. "standard" range) |
| Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. | In re Anderson News, LLC, Debtor, No. 09-10695 (CSS) | (Bankr. D. Del.) (Apr. 2019) (Dkt. No. 2625) | $660 (Only one rate listed) | $775 - $1,100 |
|  | In re Magnesium Corporation of America, *et al.*, Debtors, No. 01-14312 (MKV) | (Bankr. S.D.N.Y.) (Sept. 2016) (Dkt. No. 756-2) | $360 - $595 (Associates) $350 (Staff Attorneys) | $630 - $1,100 |
| Simpson Thacher & Bartlett LLP | In re Arsenal Energy Holdings LLC, Reorganized Debtor, No. 19-10226 (BLS) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 77) | $590* - $1,220 ($590/ hr for pending bar admission; starting at $840 for a 1st year associate) | $1,425 - $1,535 |
|  | In re FR Dixie Acquisition Sub Corp., Reorganized Debtor, No. 18-12476 (KG) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 26) | $540 - $1,170 | $1,350 - $1,550 |
|  | In re 21st Century Oncology Holdings, Inc., *et al.*, Reorganized Debtors, No. 17-22770 (RDD) | (Bankr. S.D.N.Y.) (Mar. 2018) (Dkt. No. 1013) | $740 - $1,115 | $950 (Only one rate listed) |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Wilson Sonsini Goodrich & Rosati | In re Tintri, Inc., Debtor, No. 18-11625 (KJC) | (Bankr. D. Del.) (Nov. 2018) (Dkt. No. 291) | $510 - $715 | $950 - $1,350*<br>*Listed as "Member" rates |
| Weil, Gotshal & Manges LLP | In re Sears Holdings Corporation, et al., Debtors, No. 18-23538 (RDD) | (Bankr. S.D.N.Y.) (Oct. 2018) (Dkt. No. 344) | $560 - $995 | $1,075 - $1,600 |
| Shearman & Sterling LLP | In re Hodyon, Inc., Reorganized Debtor, No. 18-10386 (MFW) | (Bankr. D. Del.) (Aug. 2018) (Dkt. No. 26) | $495 - $1,295*<br>*5-10% discount applied to some | $1,165 - $1,325*<br>*5-10% discount applied to some |
| Mayer Brown LLP | In re Scottish Holdings, Inc., et al., Debtors, No. 18-10160 (LSS) | (Bankr. D. Del.) (Mar. 2018) (Dkt. No. 193) | $605 - $895 | $960 - $1130 |
| Skadden, Arps, Slate, Meagher & Flom LLP | In re Indymac Bancorp, Inc., Debtor, No. 08-bk-21752-BB | (Bankr. C.D. Cal.) (Feb. 2018) (Dkt. No. 1041) | $420 - $710 | $895 - $1350 |
| Kirkland & Ellis, LLP | In re rue21, inc., et al., Debtors, No. 17-22045-GLT | (W.D. Pa.) (Nov. 2017) (Dkt. No. 1308-6) | $555 - $965 | $965 - $1625 |
|  | In re Caesars Entertainment Operating Company, Inc., et al., Debtors, No. 15-01145 (ABG) | (Bankr. N.D. Ill.) (Nov. 2017) (Dkt. No. 7620-6) | $480 - $1395 | $645 - $1625 |
| Dechert LLP | In re Thru, Inc., Debtor, No. 17-31034 | (N.D. Tex.) (Aug. 2017) (Dkt. No. 148) | $725 - $785 | $1,095<br>(Only one rate listed) |
| O'Melveny & Myers LLP | US Airways, Inc. v. Sabre Holdings Corporation, et al., No. 11-cv-02725 (LGS) | (S.D.N.Y.) (Mar. 2017) (Dkt. No. 859) | $463 - $815 | $839 - $1,096 |
| Boies, Schiller & Flexner LLP | In re Molycorp, Inc., et al, Debtors, No. 15-11357 (CSS) | (D. Del.) (Sept. 2016) (Dkt. No. 1994) | $490 - $1,180 | $780 - $1,500 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | In re LightSquared Inc., *et al.,* Debtors, No. 12-12080 (SCC) | (S.D.N.Y.) (Jan. 2016) (Dkt. No. 2444) | $395 - $765 (fees voluntarily reduced by roughly 8%) | $765 - $1,800 (fees voluntarily reduced by roughly 8%) |
| | In re Newland International Properties, Corp., Debtor, No. 13-11396 | (S.D.N.Y.) (July 2013) (Dkt. No. 146) | $510 - $795 | $960 - $1,170 |
| Proskauer Rose LLP | In re IPC International Corporation, *et al.,* Debtors, No. 13-12050 (MFW) | (Bankr. D. Del.) (Aug. 2013) (Dkt. No. 57) | $200 - $1,150 | $600 - $1,250 |
| Sullivan & Cromwell, LLP | In re CIT Group Inc. and CIT Group Funding Co. of Delaware LLC, Debtors, No. 09-16565 (ALG) | (Bankr. S.D.N.Y.) (Jan. 2010) (2010 WL 354151) | $305 - $950 | $850 - $965 |

*Listed in order of filing date.