# EXHIBIT 9

**Exhibit 9**

**Fee Awards in Comparable Complex Cases Outside the Eleventh Circuit**

*In re U.S. Bancorp Litig.*, 291 F.3d 1035 (8th Cir. 2002) (affirming award of 36% of $3.5 million settlement);

*In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 463 (9th Cir. 2000) (affirming award of one-third of $1.725 million settlement);

*In re Pac. Enters. Sec. Litig.*, 47 F.3d 373, 373 (9th Cir. 1995) (affirming 33% award from $12 million common);

*In re: Urethane Antitrust Litig.*, No. 04-1616-JWL, 2016 WL 4060156, at *4 (D. Kan. July 29, 2016) (awarding 33 1/3% fee from $974 million settlement fund);

*Kirk Dahl et al. v. Bain Capital Partners LLC et al.*, No. 1:07-cv-12388, ECF Nos. 1051, 1095 (D. Mass. Feb. 2, 2015) (awarding 33% of $590 million settlement);

*In re Initial Pub. Offering Sec. Litig.*, 671 F.Supp.2d 467 (S.D.N.Y. 2009) (awarding 33.30% of $510 million settlement fund);

*Cook v. Rockwell Int'l Corp. and The Dow Chemical Co.,* 1:90-cv-00181-JLK, ECF No. 2468 (D. Colo. Apr. 28, 2017) (awarding 40% of $375 million recovery);

*In re Vitamins Antitrust Litig.*, 2001 WL 34312839, at *10, *14 (D.D.C. July 16, 2001) (awarding 34% of $359 million recovery);

*In re U.S. Foodservice, Inc. Pricing Litig.*, No. 07-md-1894, ECF No. 521 (D. Conn. Dec. 9, 2014) (one-third fee from $297 million settlement fund);

*In re Tricor Direct Purchaser Antitrust Litig.*, No. 05-340-SLR, Dkt. No. 543 (D. Del. 2009) (awarding 33 1/3% fee from $250 million settlement fund);

*In re Buspirone Antitrust Litig.*, No. 01–CV–7951 (JGK) (S.D.N.Y. April 1, 2003) (awarding a 33.33% fee of a $220 million settlement);

*In re Neurontin Antitrust Litig.*, No. 02-1830 (D.N.J. Aug. 6, 2014) (awarding 33⅓% of $191 million recovery);

*In re Merry-Go-Round Enterprises, Inc.*, 244 B.R. 327 (Bankr. D. Md. 2000) (40% of $185 million);

*In re Relafen Antitrust Litig.*, No. 01-12239, 2004 U.S. Dist. LEXIS 28801 (D. Mass. April 9, 2004) (awarding 33.33% fee of a $175 million settlement);

1

*In re Shell Oil Refinery*, 155 F.R.D. 552 (E.D. La. 1993) (awarding "1/3 in fees from a settlement fund of $170,000,000");

*Standard Iron Works v. Arcelormittal,et al.*, No. 08-cv-5214, Dkt. No. 539 (N.D. Ill. 2014) (33% fee on $163.9 million);

*In re Titanium Dioxide Antitrust Litig.*, 2013 WL 6577029, at *1 (D. Md. Dec. 13, 2013) (33⅓% on $163.5 million);

*In re Southeastern Milk Antitrust Litig.*, 2013 WL 2155387, *8 (E.D. Tenn. May 17, 2013) (33⅓% on settlements totaling $158.6 million);

*In re Apollo Grp. Inc. Sec. Litig.*, No. 04-2147, 2012 WL 1378677, at *9 (D. Ariz. Apr. 20, 2012) (awarding 33.3% of $145 million settlement);

*Marchbanks Truck Serv., Inc. v. Comdata Network, Inc.*, No. 07-cv-1078, 2014 WL 12738907 (E.D. Pa. July 14, 2014) (awarding one-third fee from $130 million settlement fund);

*In re Plasma-Derivative Protein Therapies Antitrust Litig.*, 1:09-cv-07666, Dkt. Nos. 693, 697, 697-1 and 701 (N.D. Ill. 2014) (33⅓% on settlements totaling $128 million);

*In re Combustion, Inc.*, 968 F. Supp. 1116, 1142 (W.D. La. 1997) (awarding 36% on a settlement fund of $127,396,000);

*Automotive Refinishing Paint*, 2008 WL 63269, at *1 (32.6% attorneys' fee from settlements totaling $105.75 million);

*City of Greenville v. Syngenta Crop Protection,* No. 3:10-cv-00188 (S.D. Ill. Oct. 23, 2012) (awarding 33.33% of $103 million settlement);

*Erica P. John Fund, Inc. v. Halliburton Co.*, 2018 WL 1942227, at *12 (N.D. Tex. Apr. 25, 2018) (awarding 33⅓% of $100 million settlement);

*In re Remeron Direct Purchaser Antitrust Litig.,* Case No. 03–0085, 2005 WL 3008808, at *12 (D.N.J. Nov. 9, 2005) (one-third of $75 million);

*In re Skelaxin (Metaxalone) Antitrust Litigation*, 2014 WL 2946459, at *1 (E.D. Tenn. 2014) (awarding one-third of a $73 million settlement fund);

*Williams v. Sprint/United Mgmt. Co.*, No. 03-cv-2200, 2007 WL 2694029, at *6 (D. Kan. Sept. 11, 2007) (awarding a 35% fee from $57 million settlement fund);

*North Shore Hematology-Oncology Associates, P.C. v. Bristol Myers Squibb Co.*, No. 1:04cv248 (EGS) (D.D.C. Nov. 30, 2004) (awarding a 33.33% fee of a $50 million settlement);

2

*In re General Instrument Sec. Litig.*, 209 F. Supp. 2d 423 (E.D. Pa. 2001) (one-third of $48 million);

*In re Marsh ERISA Litig.*, 265 F.R.D. 128, 149 (S.D.N.Y. 2010) (one-third fee from $35 million settlement fund);

*Buettgen v. Harless*, 2013 WL 12303194, at *1 (N.D. Tex. Nov. 13, 2013) (awarding 30% of $33.75 million securities settlement);

*In re Bayou Sorrel Class Action*, 2006 WL 3230771, at *5 (W.D. La. Oct. 31, 2006) (awarding 36% of $28 million settlement);

*In re Heritage Bond Litig.,* 2005 WL 1594403, at *19 (C.D. Cal. June 10, 2005) (awarding 33⅓% of $27.783 million securities settlement);

*In re Facebook, Inc. IPO Sec. & Deriv. Litig.*, No. 12-2389, 2015 WL 6971424, at *9, *11-*12 (S.D.N.Y. Nov. 9, 2015) (awarding 33% of $26.5 million);

*City of Providence v. Aeropostale, Inc.*, No. 11 Civ. 7132(CM)(GWG), 2014 WL 1883494, at *12 (S.D.N.Y. May 9, 2014), *aff'd sub nom. Arbuthnot v. Pierson*, 607 Fed. Appx. 73 (2d Cir. 2015) (awarding 33% of $15 million);

*Maley v. Del Global Technologies Corp.*, 186 F.Supp.2d 358, 370 (S.D.N.Y. 2002) (awarding 33.3% of $11.5 million settlement);

*Hayes v. Harmony Gold Mining Co.*, No. 08 Civ. 03653 (BSJ)(MHD), 2011 WL 6019219, at *1 (S.D.N.Y. Dec. 2, 2011) (awarding 33.3% of $9 million settlement fund), *aff'd*, 509 F. App'x 21 (2d Cir. 2013);

*Singh v. 21Vianet Group, Inc.,* 2018 WL 6427721, at *1 (E.D. Tex. Dec. 7, 2018) (awarding of 33.3% of $9 million settlement);

*Fernandez v. Victoria Secret Stores, LLC*, No. CV 06-04149 (MMM) (SHx), 2008 WL 8150856, at *16 (C.D. Cal. July 21, 2008) (34% of $8.5 million common fund);

*Chieftain Royalty Co. v. Laredo Petroleum, Inc.*, 2015 WL 2254606, at *1 (W.D. Okla. 2015) (awarding 40% of the $6,651,997.95 settlement);

*Antonopulos v. N. Am. Thoroughbreds. Inc.*, No. 87-0979 G (CM), 1991 WL 427893, at *4, (S.D. Cal. May 6, 1991) (awarding one-third of $3,098,000 settlement fund);