# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

---

KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,

        Defendants

---

Case No. 8:19-cv-00919-SCB-AEP

Honorable Susan C. Bucklew

---

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) THE NOTICE PROGRAM; AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1] I have over eighteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four hundred twenty-five (425) class action cases since its inception. Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated July 21, 2020 (ECF No. 56, the "Preliminary Approval Order"), SCS was approved as Claims Administrator in connection with the Settlement of the above-captioned action. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated July 9, 2020. ECF No. 55-1.

2.    I submit this declaration as a supplement to the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated September 28, 2020 (ECF No. 68-3, the "Initial Mailing Declaration") in order to provide the Court and the Parties with additional information regarding the mailing of Postcard Notices to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

## UPDATE ON THE NOTICE

3.    As noted in the Initial Mailing Declaration, SCS mailed 4,980 copies of the Postcard Notice to potential Settlement Class Members or nominees.  Since the filing of the Initial Mailing Declaration, no additional copies of the Postcard Notice have been mailed.

4.    Out of the 4,980 Postcard Notices mailed, 159 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for thirteen (13), and SCS immediately mailed a new Postcard Notice to the thirteen (13) updated addresses.  The remaining 146 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 41 Postcard Notices were re-mailed to those updated addresses.

5.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone helpline (1-866-274-4004) that allows Settlement Class Members to obtain information about the Settlement and/or request a Notice and Claim Form.  SCS made the toll-free helpline available on August 4, 2020 and continues to promptly respond to each telephone inquiry.

6.    As noted in the Initial Mailing Declaration, on August 17, 2020, SCS established a dedicated Settlement Website, www.ApyxSecuritiesSettlement.com, which is accessible 24 hours a day, 7 days a week. The Settlement Website contains a home page with a summary and important deadlines; an important documents page with the Complaint, Stipulation, Preliminary

2

Approval Order, Postcard Notice, Notice, and Claim Form; a frequently asked questions page; an online claim filing page; a nominees page; and a contact us page.

7. After Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the Declaration of Casey E. Sadler in Support of those motions were filed with the Court on October 2, 2020, SCS posted downloadable copies of these papers to the Settlement Website.

8. On October 21, 2020, SCS updated the Settlement Website home page to include information related to the virtual Settlement Hearing and added the Court's October 20, 2020 Order to the Important Documents page.

9. To date, the Settlement Website has received 1,908 page views from 495 unique users.

**UPDATE ON EXCLUSION REQUESTS AND OBJECTIONS**

10. The Postcard Notice, Notice, Summary Notice, and Settlement Website all informed potential Settlement Class Members that written requests for exclusion were to be mailed or otherwise delivered to *Pritchard v. Apyx Medical Corp., et al.*, EXCLUSIONS, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063, such that they are received by SCS no later than October 16, 2020. SCS has been monitoring all mail delivered for this case. As of the date of this Declaration, SCS has received no requests for exclusion.

11. Although Settlement Class Members who wish to object to the Settlement, the proposed Plan of Allocation, or the request for attorney's fees and reimbursement of Litigation

3

Expenses, are to file objections with the Court and serve the papers on counsel, SCS has checked its mail and, as of the date of this Declaration, has received no objections of any kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 30th day of October 2020, in Media, Pennsylvania.

Josephine Bravata