# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:19-cv-919-T-24AEP | **DATE:** November 6, 2020 |
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A |
| | **LANGUAGE:** |
| **KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,** <br> Plaintiff, <br><br> **v.** <br><br><br> **APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION and CHARLES D. GOODWIN,** <br> Defendants. | **PLAINTIFF'S COUNSEL:** <br> Joseph D. Cohen, <br> Leo W. Desmond, <br> Casey E. Sadler and <br> Lesley F. Portnoy *(Not Present)* <br><br> **DEFENDANT'S COUNSEL:** <br> John E. Clabby, <br> Meredith Kotler, <br> Marques Tracy, <br> Gary L. Sasso *(Not Present)* and <br> Cullin A. O'Brien *(Not Present)* |
| **COURT REPORTER:** Rebekah Lockwood | **COURTROOM:** 13B *via* Zoom |
| **TIME:** 9:02 A.M. – 9:45 A.M. | **TOTAL:** 43 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING:  SETTLEMENT HEARING**

Court in session.

Counsel for both parties are present *via* Zoom video conference and identified for the record.

Mr. Sadler will be the primary attorney answering the Court's questions and speaking on behalf of the Plaintiff.  And, Ms. Kotler will be the primary attorney answering the Court's questions and speaking on behalf of the Defendant.

The Court confirms that neither party has an objection to holding this final settlement hearing *via* Zoom video conference.

The Court summarizes the history of the case and makes inquiry regarding the issues involved.

Mr. Sadler addresses the Court.

Ms. Kotler addresses the Court.

Mr. Sadler has presented the Court with three proposed Orders:

      (1) A Final Judgment and Order of Dismissal;
      (2) An Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses; and
      (3) An Order Approving Plan Allocation of Net Settlement Fund.

The Court articulates its findings on the record and will enter a written Order.

Mr. Sadler will prepare and file an additional Order regarding the attorney fees for the Court's consideration.

Court is adjourned.