**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KYLE PRITCHARD, Individually and
on Behalf of All Others Similarly
Situated,

         Plaintiff,

   v.

APYX MEDICAL CORPORATION f/k/a
BOVIE MEDICAL CORPORATION,
and CHARLES D. GOODWIN,

         Defendants.

Case No. 8:19-cv-00919-SCB-AEP

CLASS ACTION

**SUPPLEMENTAL DECLARATION OF CASEY E. SADLER**
**ADDRESSING THE COURT'S QUESTIONS AT THE SETTLEMENT HEARING**

I, Casey E. Sadler, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner at the law firm Glancy Prongay & Murray LLP ("GPM"). GPM serves as Lead Counsel on behalf of Court-appointed Lead Plaintiff Gregory P. Mouton and additional named plaintiff Kyle Pritchard (collectively, "Plaintiffs") in the above-captioned securities class action.[1] I have personal knowledge of the matters set forth herein. If called upon, I could and would competently testify that the following facts are true and correct.

2. At the Settlement Hearing held on November 6, 2020, the Court requested additional information from: (a) the Plaintiffs with respect to their request to recover the reasonable costs and expenses they incurred in connection with their representation of the Settlement Class in the prosecution of this Action under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4) ("PSLRA"); and (b) the Claims Administrator with respect to the estimated costs of administering the Net Settlement Fund.

3. Accordingly, attached hereto are true and correct copies of:

    A. the Supplemental Declaration of Gregory P. Mouton in Support of PSLRA Award ("Exhibit 1");

    B. the Supplemental Declaration of Kyle Pritchard in Support of PSLRA Award ("Exhibit 2"); and

    C. the Declaration of Paul Mulholland Concerning the Claims

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated July 9, 2020 (ECF No. 55-1).

1

Administration Process ("Exhibit 3").

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 12th day of November, 2020, at Los Angeles, California.

*s/ Casey E. Sadler*
CASEY E. SADLER

2