# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN, <br><br> Defendants. | Case No. 8:19-cv-00919-SCB-AEP <br><br> Honorable Susan C. Bucklew |

**SUPPLEMENTAL DECLARATION OF KYLE PRITCHARD**
**IN SUPPORT OF PSLRA AWARD**

I, Kyle Pritchard, declare as follows:

1.      I filed the original complaint in the above-captioned securities class action (the "Action"), and am an additional named Plaintiff in the case.[1]  *See* ECF Nos. 1 and 29.  I respectfully submit this Supplemental Declaration in support of Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and, in particular, approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4) ("PSLRA").

2.      I have personal knowledge of the matters set forth in this Supplemental Declaration and, if called upon to do so, I could and would testify competently to these matters.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 9, 2020 (ECF No. 55-1).

DocuSign Envelope ID: 67706993-B96F-4A4D-9D99-6FBD19CA1822

3.      I have been actively involved in the prosecution of this case since I filed the initial complaint in the Action on April 17, 2019.  ECF No. 1.

4.      In fulfillment of my responsibilities as a Plaintiff on behalf of all class members in this Action, I have worked closely with Lead Counsel, Glancy Prongay & Murray LLP ("GPM") regarding all aspects of the litigation and resolution of this case.

5.      I estimate that I have devoted approximately 46 hours to executing my duties and responsibilities as a representative Plaintiff in the Action.  The specific tasks I performed include, but are not limited to: (a) regularly communicating with my attorneys regarding the posture and progress of the case; (b) reviewing the Court's orders, pleadings and other litigation related information obtained from counsel; (c) collecting and producing documents to my attorneys; (d) consulting with my attorneys regarding the settlement negotiations; and (e) evaluating and approving the Settlement.

6.      I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA.  The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise could have dedicated to my investment activities and, thus, represents a cost to me.

7.      I am respectfully requesting reimbursement in the amount of $2,500 for the time I devoted to participating in this Action.  This request is based on the conservative estimate that I devoted at least 46 hours to the litigation-related activities described above.  I have a bachelor's degree in finance, a master's degree in accounting, as well as an MBA in finance all from Wilmington University.  I am currently employed as an accountant by the State of Delaware.

2

DocuSign Envelope ID: 67706993-B96F-4A4D-9D99-6FBD19CA1822

8.    It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of November, 2020 in Clayton, Delaware.

DocuSigned by:

B048B00565E8467...

Kyle Pritchard