# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KYLE PRITCHARD, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

APYX MEDICAL CORPORATION f/k/a BOVIE MEDICAL CORPORATION, and CHARLES D. GOODWIN,

Defendants

Case No. 8:19-cv-00919-SCB-AEP

Honorable Susan C. Bucklew

### DECLARATION OF PAUL MULHOLLAND
### CONCERNING THE CLAIMS ADMINISTRATION PROCESS

I, Paul Mulholland, declare as follows:

1.    I am the President and Owner of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated July 21, 2020 (the "Preliminary Approval Order") (ECF No. 56), SCS was approved as Claims Administrator in connection with the Settlement of the above-captioned action.  I submit this Declaration to provide the Court and the Parties information regarding about the procedures and methods that will be used to administer the Net Settlement Fund, and the estimated costs associated with that administration.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.    SCS is unable to determine the exact number of Claims that will be submitted based on the notification process; however, SCS is able to make a reasonable estimate based on

past securities class action settlements that SCS has administered. Based on our prior experience, SCS believes that the approximate claims rate will be between 15% and 25% of the approximate 4,980 Postcard Notice mailings. Accordingly, we anticipate receiving between 747 and 1,245 Claims. Historically, 60% of these Claims will be valid once processed and eligible to receive a distribution from the Net Settlement Fund. The claims filing deadline is set for December 16, 2020. In our experience, the vast majority of Claims will be submitted on or very near the December 16, 2020 claims filing deadline.

3. The claims administration process and the various steps involved are further detailed below:

A. Claim Processing

- Establish a claims database

- Periodically download online claim requests into the claims database

- Scan and verify claims submitted for the claims database

- Prepare a calculation program to process and enter transactions from claims submitted

- Process and review claims submitted

B. Preliminary Quality Assurance

- Review claims to confirm they are in line with settlement requirements

C. Deficiency/Rejection Process

- Prepare notification system

- Send deficiency and rejection notices to invalid claims

- Postage for notices

- Process responses to deficiency and rejection notices

2

D.  Claim Calculations

- Perform recognized loss calculations pursuant to the Court-approved Plan of Allocation

E.  Final Quality Assurance

- Duplicate claim check on the claims submitted

- Compare the high and low/open and close values with the transactions entered into the database

- Perform claim review on the claim with the highest recognized loss value and those with large number of shares rejected

F.  Distribution Process

- Generate Distribution list and verify calculation of distribution

- Print distribution checks to valid claimants

- Process checks returned as undeliverable

- Skip trace returned undeliverable checks

- Print checks for those who have requested a reissue

- Postage for distribution and reissued checks

- Mail outstanding check letters to those who have not cashed their distribution checks and postage for such mailing

4.      SCS is unable to determine the exact amount of time it will take to complete the claims administration process.  SCS has and continues to process claims received from potential Settlement Class Members.  Once the claims filing deadline has passed, SCS will begin its deficiency process whereby Claimants are given an opportunity to cure any curable deficiencies present in their claims.  During this process, which can take several months, SCS will continue to

accept and process submitted claims until the deficiency process is almost complete. Once the deficiency process is complete, SCS will then know the total number of Settlement Class Members and the approximate total recognized loss for the Settlement Class. In our experience, this process can take between approximately five and seven months to complete from the date the Settlement is given final approval, which in this case was on November 6, 2020.

5.    Based on our standard hourly billing rates and standard per item pricing, we estimate that the total fees and costs to complete the administration and the tasks listed above will be approximately $62,000. This estimate of the total administration cost is consistent with similar securities class action SCS has administered. To date, SCS has spent approximately $40,000 and expects to spend $22,000 through the initial distribution.

6.    The Net Settlement Fund will only be allocated to an Authorized Claimant whose distribution amount is $10.00 or greater. It has been SCS's experience that those Authorized Claimants who receive a distribution check below $10.00 are less likely to cash it, thereby resulting in unnecessary check funds remaining in the account after all checks are stale dated. This amount is typically not large enough to perform a second distribution to those claimants who did cash their initial checks. Issuing distribution checks below $10.00 would not be cost effective due to the costs associated with the following:

      A.    Check printing and postage

      B.    Process undeliverable checks

      C.    Skip trace undeliverable checks

      D.    Check reissues

      E.    Uncashed check outreach

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 11th day of November 2020, in Media, Pennsylvania.

Paul Mulholland