# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KYLE PRITCHARD, Individually and
on Behalf of All Others Similarly
Situated,

       Plaintiff,

  v.

APYX MEDICAL CORPORATION f/k/a
BOVIE MEDICAL CORPORATION, and
CHARLES D. GOODWIN,

       Defendants.

Case No. 8:19-cv-00919-SCB-AEP

<u>CLASS ACTION</u>

## <u>PLAINTIFFS' UNOPPOSED MOTION FOR CLASS DISTRIBUTION ORDER</u>

Lead Plaintiff Gregory P. Mouton and plaintiff Kyle Pritchard (collectively, "Plaintiffs"),[1]
respectfully move this Court for entry of the accompanying [Proposed] Class Distribution Order.

In support of their motion, Plaintiffs submit and are filing herewith: (1) Memorandum of
Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; (2) the Declaration
of Josephine Bravata Concerning the Results of the Claims Administration Process; (3) the
Declaration of Cheri Meyer in Support of Plaintiffs' Motion for Class Distribution Order.

Pursuant to LR 3.01(g), Lead Counsel conferred with counsel for Defendants. Defendants
stated they do not oppose this motion.

Dated: June 7, 2021

Respectfully submitted,

*/s/ Casey E. Sadler*
Casey E. Sadler (*pro hac vice*)
Joseph D. Cohen (*pro hac vice*)
**GLANCY PRONGAY & MURRAY**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

*Lead Counsel for the Settlement Class*

*-and-*

Leo W. Desmond, Esquire
Florida Bar Number 0041920
**DESMOND LAW FIRM, P.C.**
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: (772) 231-9600
Email: lwd@desmondlawfirm.com

*Liaison Counsel for the Settlement Class*

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to
them in the Stipulation and Agreement of Settlement dated July 9, 2020 (ECF No. 55-1).

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for Plaintiffs hereby certifies that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated:  June 7, 2021

/s/ Casey E. Sadler
Casey E. Sadler